**Robert A. Higgins & Associates P. C. -Hurst**
800 Forest Oak Lane, Suite C
Hurst, TX 76053

Phone: (817) 268-1400
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| (H) **James Thomas Crooks** | § | CASE NO: |
| (W) **Michele Marie Crooks** | § | |
| Debtor(s) | § | |
| | § | |

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN         DATED: 7/5/2004

| TRUSTEE'S NOTES: | | Date Case Filed | |
|---|---|---|---|
| | | Type of Payment<br>1=Annual, 2=Semi-Annual<br>4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **8/17/2004** |
| H&W Monthly Take Home Pay | **$4,346.01** | Periodic Payment Amount | **$370.00** |
| Less Expenses | **$3,976.01** | Number of Plan Payments | **36 months** |
| Equals Surplus | **$370.00** | Equals Base Plan Amount | **$13,320.00** |
| | | Calculated Amount | **$13,320.00** |
| Total Debtor Attorney Fees | **$2,000.00** | Noticing Fees: # of Notices X 1<br>The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **52** |
| Attorney Fees paid by Trustee<br>(Gross amount paid including interest, if any) | **$1,644.00** | Rate | **$1.05** |
| Total Filing Fees of __$194.00__ with | **$0.00**<br>paid by Trustee | Total Noticing Fees | **$54.60** |

### HOME MORTGAGE:

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on __8/1/2004__.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| James B Nutter | $2,000.00 | | 8% | 1-35 | 35 | Pro-Rata |

### SECURED CREDITORS:

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Citi Financial | Furniture | $2,789.29 | $1,000.00 | 5% | 1-35 | 35 | 1 | Pro-Rata |
| Texas Employees Credit Union | 1999 Oldmobile Alen | $6,300.00 | $6,300.00 | 5% | 1-36 | 35 | 1 | $190.91 |
| James B Nutter | Residence | $110,000.00 | $123,900.00 | 0% | N/A | N/A | 0 | $940.00 (Direct) |
| Wells Fargo Financial | 1995 Chevy Truck | $2,530.00 | $6,000.00 | 5% | N/A | N/A | 0 | $110.00 (Direct) |

*CD....... 0 = Direct or Surrender, 1 = Paid by Trustee   (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **James Thomas Crooks**
(W) **Michele Marie Crooks**
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**                              *Page 2*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated _____ **0%** of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| Anderson Fin Network I (original Credito | | $185.00 |
| Asset Accept (original Creditor:southwes | | $82.00 |
| Capital One Services | | $999.11 |
| Cba Collection Bureau (original Creditor | | $76.00 |
| Chase | | $500.00 |
| Citi Cards | | $8,784.84 |
| Citi Financial | *Deficiency* | $1,789.29 |
| Citibank | | $7,091.00 |
| Collection (original Creditor:med1pinnac | | $541.00 |
| Collection Bureau of America | | $75.70 |
| Comcast | | $75.70 |
| Computer Credit | | $168.35 |
| Computer Credit Inc | | $0.00 |
| Credit First N A | | $667.00 |
| Credit First N.A. Firestone | | $626.27 |
| Dillards | | $367.66 |
| Er Solutions (original Creditor:reliant | | $314.00 |
| Fncl Corp Of America (original Creditor: | | $150.00 |
| Fncl Corp Of America (original Creditor: | | $82.00 |
| Foleys | | $344.12 |
| Harris Methodist Fort Worth | | $896.08 |
| Harris Methodist HEB | | $44.00 |
| Harris Methodist HEB | | $150.00 |
| Harris Methodist HEB | | $16.75 |
| Harris Methodist HEB | | $168.35 |
| Home Depot Credit Service | | $1,296.70 |
| HRS USA - Best Buy | | $1,922.77 |
| Kohl's | | $456.63 |
| MBI | | $81.62 |
| MBI | | $0.00 |
| Merchants & Prof C B (original Creditor: | | $169.00 |
| NCO Financial System | | $896.08 |
| Ncofinsys (original Creditor:harris Meth | | $896.00 |
| Pinnacle Anesthesia Cons. | | $540.52 |
| Providian | | $1,740.00 |

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **James Thomas Crooks**
(W) **Michele Marie Crooks**
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**  *Page 3*

| | |
|---|---:|
| Retailers Naitonal Bank | $345.57 |
| Retailers National Bank | $590.57 |
| Retailers National Bank | $577.20 |
| Southwestern Bell | $82.89 |
| T-Mobile | $58.71 |
| Victoria's Secret | $93.89 |
| Total Unsecured Debt ---> | **$33,942.37** |

The total of all unsecured debt, including deficiencies is **$33,942.37** with **$165.84** paid to the unsecured creditors.

**COMPUTATION OF REQUIRED PLAN PAYMENTS:**

| | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---:|---:|
| Filing Fees | **$0.00** | **$0.00** |
| Noticing Fees | **$54.60** | **$54.60** |
| Debtor Attorney Fees | **$1,644.00** | **$1,644.00** |
| Home Mortgage Arrears | **$2,000.00** | **$2,258.03** |
| Secured Claims | **$7,300.00** | **$7,870.99** |
| Priority Claims | **$0.00** | **$0.00** |
| Special Class Unsecured Claims | **$0.00** | **$0.00** |
| General Unsecured Claims | **$33,942.37** | **$165.84** |
| **Totals** | **$44,940.97** | **$11,993.46** |

| | | | |
|---|---:|---|---:|
| With Zero to Unsecureds | $13,154.16 | Trustee Fees | $1,326.54 |
| Base Plan Amount | $13,320.00 | **10** % of Total Payments (less filing & noticing fees) | |
| Available for Unsecureds | $165.84 | Total Payments<br>Total distribution + Trustee Fees + Filing & Notice Fees | $13,320.00 |
| Unsecured Percentage<br>Computed on Base Plan Amount | 0% | Required Periodic Payment<br>to Achieve Unsecured Percentage | $370.00 |

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **James Thomas Crooks**  **DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**  *Page 4*
(W) **Michele Marie Crooks**
(C#)

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

Tim Truman
6851 N. E. Loop 820, Suite 300
N. Richland Hills, TX  76180


and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED:  07/05/2004_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Eric Allen Maskell_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Eric Allen Maskell**

**Robert A. Higgins & Associates P. C. -Hurst**
800 Forest Oak Lane, Suite C
Hurst, TX 76053

Phone: (817) 268-1400
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | | FOR CLERK'S USE ONLY |
| **James Thomas Crooks** | § | CASE NO: | |
| **Michele Marie Crooks** | § | | |
| Debtor(s) | § | | |
| | § | | |

## AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT    DATED: 7/5/2004    .

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| | | |
|---|---:|---:|
| Periodic Payment Amount | | **$370.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Related Expense to Trustee | $36.50 | $37.00 |
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $54.60 | $0.00 |
| **Subtotal Expenses/Fees** | **$96.10** | **$37.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | **$273.90** | **$333.00** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---:|---:|---:|---:|
| Texas Employees Credit Union | 1999 Oldmobile Alen | $6,300.00 | $6,300.00 | 1.25% | $78.75 |
| | | | | Total Adequate Protection Payments: | **$78.75** |

| | |
|---:|---:|
| Funds Available For Debtor's Attorney First Disbursement: | **$195.15** |
| Funds Available For Debtor's Attorney Future Disbursements: | **$254.25** |
| Estimated Number of Months to Pay all Attorney Fees: | **7** |
| Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full: | **$333.00\*\*** |

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION.  ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

---

\*\* Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **James Thomas Crooks**
(W) **Michele Marie Crooks**
(C#)

**AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**  **Page 2**

---

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**
☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED: **07/05/2004**

__/s/ Eric Allen Maskell_____     _____
Attorney for Debtor(s)                                                                   Trustee, Attorney for Trustee or Trustee's Representative

---

\*\* Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Robert A. Higgins & Associates P. C. -Hurst**
800 Forest Oak Lane, Suite C
Hurst, TX 76053

Phone: (817) 268-1400
Bar Number: 24041409

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: §
 (H) **James Thomas Crooks** §  CASE NO:
 §
 (W) **Michele Marie Crooks** §
 §
 Debtor(s) §

FOR CLERK'S USE ONLY

## CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")      DATED: **7/5/2004**.

Petition was filed on _____.

H&W Monthly Take Home Pay: **$4,346.01**   Expenses: **$3,976.01**   Surplus: **$370.00**

First payment due by: **8/17/2004**.

**PLAN PAYMENT:** Debtor(s) to pay **$370.00** per month for **36 months** for a total of **$13,320.00**.

**ADMINISTRATIVE:** Total debtor's attorney fees of **$2,000.00** with **$1,644.00** through the plan.
Outstanding filing fees of _____ will be paid through the plan.
If applicable, the trustee shall collect noticing fees from the first disbursement in the amount of **$54.60**.

**HOME MORTGAGE:** Regular mortgage payments on all liens to be "Direct" by Debtor beginning **8/1/2004**; arrearages to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| James B Nutter | $2,000.00 | | 8% | 1-35 | 35 | Pro-Rata |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Citi Financial | Furniture | $2,789.29 | $1,000.00 | 5% | 1-35 | Pro-Rata |
| Texas Employees Credit Union | 1999 Oldmobile Alen | $6,300.00 | $6,300.00 | 5% | 1-36 | $190.91 |
| James B Nutter | Residence | $110,000.00 | $123,900.00 | 0% | N/A | $940.00 (Direct) |
| Wells Fargo Financial | 1995 Chevy Truck | $2,530.00 | $6,000.00 | 5% | N/A | $110.00 (Direct) |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | No |

**PRIORITY CREDITORS:**

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| Higgins & Associates P. C. -Hu | $0.00 | $1,644.00 | 0% | | First Funds |

* Variable Payments Scheduled. See Pro Forma, if attached.

(H) **James Thomas Crooks**  
(W) **Michele Marie Crooks**  
(C#)

**CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")**    *Page 2*

**SPECIAL CLASS UNSECURED CREDITORS:**

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

**GENERAL UNSECURED CREDITORS:**    Pay approximately **0%**.

| Name | Disputed | Contingent | Note | Amount |
|---|---|---|---|---|
| Anderson Fin Network I (original Credito | ☐ | ☐ | | $185.00 |
| Asset Accept (original Creditor:southwes | ☐ | ☐ | | $82.00 |
| Capital One Services | ☐ | ☐ | | $999.11 |
| Cba Collection Bureau (original Creditor | ☐ | ☐ | | $76.00 |
| Chase | ☐ | ☐ | | $500.00 |
| Citi Cards | ☐ | ☐ | | $8,784.84 |
| Citi Financial | ☐ | ☐ | Deficiency | $1,789.29 |
| Citibank | ☐ | ☐ | | $7,091.00 |
| Collection (original Creditor:med1pinnac | ☐ | ☐ | | $541.00 |
| Collection Bureau of America | ☐ | ☐ | | $75.70 |
| Comcast | ☐ | ☐ | | $75.70 |
| Computer Credit | ☐ | ☐ | | $168.35 |
| Computer Credit Inc | ☐ | ☐ | | $0.00 |
| Credit First N A | ☐ | ☐ | | $667.00 |
| Credit First N.A. Firestone | ☐ | ☐ | | $626.27 |
| Dillards | ☐ | ☐ | | $367.66 |
| Er Solutions (original Creditor:reliant | ☐ | ☐ | | $314.00 |
| Fncl Corp Of America (original Creditor: | ☐ | ☐ | | $150.00 |
| Fncl Corp Of America (original Creditor: | ☐ | ☐ | | $82.00 |
| Foleys | ☐ | ☐ | | $344.12 |
| Harris Methodist Fort Worth | ☐ | ☐ | | $896.08 |
| Harris Methodist HEB | ☐ | ☐ | | $44.00 |
| Harris Methodist HEB | ☐ | ☐ | | $150.00 |
| Harris Methodist HEB | ☐ | ☐ | | $16.75 |
| Harris Methodist HEB | ☐ | ☐ | | $168.35 |
| Home Depot Credit Service | ☐ | ☐ | | $1,296.70 |
| HRS USA - Best Buy | ☐ | ☐ | | $1,922.77 |
| Kohl's | ☐ | ☐ | | $456.63 |
| MBI | ☐ | ☐ | | $81.62 |
| MBI | ☐ | ☐ | | $0.00 |
| Merchants & Prof C B (original Creditor: | ☐ | ☐ | | $169.00 |
| NCO Financial System | ☐ | ☐ | | $896.08 |
| Ncofinsys (original Creditor:harris Meth | ☐ | ☐ | | $896.00 |
| Pinnacle Anesthesia Cons. | ☐ | ☐ | | $540.52 |
| Providian | ☐ | ☐ | | $1,740.00 |
| Retailers Naitonal Bank | ☐ | ☐ | | $345.57 |
| Retailers National Bank | ☐ | ☐ | | $590.57 |
| Retailers National Bank | ☐ | ☐ | | $577.20 |
| Southwestern Bell | ☐ | ☐ | | $82.89 |
| T-Mobile | ☐ | ☐ | | $58.71 |
| Victoria's Secret | ☐ | ☐ | | $93.89 |

Total Unsecured Debt ---> **$33,942.37**

\* Variable Payments Scheduled.  See Pro Forma, if attached.