OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
N.RICHLAND HILLS, TEXAS 76180-6608
(817) 770-8500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                          CASE NO: 04-46540-DML
JAMES THOMAS & MARIE MICHELE CROOKS
D/B/A                                           CHAPTER 13
    DEBTOR(S),                                  JUDGE DENNIS MICHAEL LYNN

REPORT OF (ADJOURNED) 341 MEETING

Meeting Information:
Date: Tue Aug 03, 2004    Time: 9:00 AM    Original 341: Aug 03, 2004
Debtor(s) ✓H ✓W Appeared ___H ___W Appeared Not    Photo I.D. ✓H ✓W
Debtor Attorney/Paralegal ✓Appeared ___Appeared Not ___Pro Se    SSN ✓H ✓W
Status of 341 Meeting: ✓ Concluded ___Not Held ___Adjourned; if adjourned
341 Meeting Adj. Date: _____ Debtor to Attend Adj 341 ___Y ___N
_____ to hear Adj. 341 Reason _____

Creditors:    Name                              Company
              None

Current Monthly Payment: $  370.00        First Payment Due: Aug 19, 2004
Amt Paid as of July 28, 2004   $    .00   Term: 36 Plan Base $   13,320.
Estimated % to unsecured creditors:   .00

MTD needed for: _____

1. All required tax returns provided: (Y) N  Still Need: _____

2. All Pay stubs or proof of income provided: (Y) N  Still Need: _____

3. Exemptions: ✓Fed ___State.  "Best Interest" (Value of non-exempt property):
   $____0____ (See Paragraph 11 below for non-exempt property). All exemp-
   tions proper: (Y) N   Improper Exemptions: _____ Object: Y N
   Any pending lawsuits in which Debtor(s) is Plaintiff or Counter-claimant: Y (N)
   (If YES request copy of "live" pleadings and refer to Legal Dept.)

4. "Minimum Base" (Monthly disposable income $_____ x 36): $ 24,180
   _____ (See Paragraph 10 below for "add backs")

5. Payments remain the same: (Y) N  Change payments to: _____
   _____ Changes to APD: Y (N) (If YES, provide APD Change Request Form)

6. Tests: No Disposable Income  No Best Interest  ✓Good Faith  ✓Feasible
   ✓Non-discriminatory classification  ✓Full pmt priorities

7. Business Case Y (N) Level 1 or 2 (Continue Level 2 to Business Case Docket)

                                        _____
                                        Presiding Officer

Case No. 04-46540-DML                                                                          Page 2
Debtor(s) JAMES THOMAS & MARIE MICHELE CROOKS

8. Documents Requested (per document request form): Y  N

9. Other Questions Answered at Meeting:

_____
_____
_____
_____
_____
_____
_____
_____

Prior Case: Y (N); Disclosed on Pet.: Y (N); Total Home Mtg ARR: $ 2000
Total IRS: $ ∅ ; Total Unsecd: $ 33943

Confirmation Issues (continued)

10. Disposable Income Comment (list any add backs to DI):

    Gross Per "I":                                    $ 5274
    Gross Per 2003 Tax Return ÷ 12 =                   $ 1921
    Net per "I" & "J":                                 $ 370
    Add Backs for excessive expenses:                  $ 10,860
    Total Adjusted Disposable Income:                  $ 24,180

110 X 12 auto pay ∅ = 1320
elec. 100  phone 100  cable 50.  maint 35

11. Non-Exempt Property Comment: _____
_____
_____

12. Other Objections to Confirmation or Action Needed prior to Confirmation:
_____
_____
_____