UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. | 04-46540-13 |
| JAMES THOMAS CROOKS & MARIE MICHELE CROOKS § | | |
| DEBTOR(S), § | CHAPTER | 13 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Tarrant County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions

notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed

disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments

filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b)

and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Telephone: (214)880-0089
Facsimile: (214)253-2558
Email: dallas.bankruptcy@publicans.com

By:/s/ *Sherrel K. Knighton*
    Sherrel K. Knighton     State Bar No.     00796900

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties

listed below.

ERIC ALLEN MASKELL                    TIM TRUMAN
HIGGINS & ASSOCIATES                  6851 N.E. LOOP 820 SUITE 300
800 FOREST OAK LANE, SUITE C          FT. WORTH, TX 76180-6608
HURST, TX 76053

Dated this  1st  day of September, 2004.        */s/ Sherrel K. Knighton*
                                                Sherrel K. Knighton