Weldon Reed Allmand
Higgins & Allmand
800 Forest Oak Lane, Ste. C
Hurst, TX 76053
Telephone: (817) 268-1400
Fax: (817) 268-6222

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE:**

| | | |
|---|---|---|
| **JOHNNY RAY HARBIN and** | § | **CASE NO. 03-91247-DML-13** |
| **SYLVIA MARIE HARBIN, ET AL.** | § | |
| Debtors | § | **CHAPTER 13** |

### NOTICE DESIGNATING NEW LEAD COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW** the law firm of Higgins & Allmand and would respectfully provide the Court notice of the following:

I.

Eric Maskell was an employee of Higgins & Allmand (formerly known as Higgins & Associates) until July 28, 2004. Mr. Maskell was designated as lead counsel on numerous cases while he was employed at Higgins & Allmand, P.C. A comprehensive list of these cases is attached to this notice as Exhibit "A". Higgins & Allmand requests that the Court terminate Eric Maskell as lead counsel and designate Weldon Reed Allmand located at 800 Forest Oak Lane, Suite C, Hurst, TX 76053 as the lead counsel on the attached cases.

Respectfully Submitted,

/s/ Weldon Reed Allmand
Weldon Reed Allmand
State Bar No. 24027134
800 Forest Oak Lane, Suite C
Hurst, TX 76053
Phone  (817) 268-1400
Fax     (817) 268-6222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or about October 13, 2004, a true and correct copy of the foregoing was served on the following: Tim Truman, Standing Chapter 13 Trustee, 6851 N.E. Loop 820, Suite 300, North Richland Hills, TX 76180, United States Trustee, 1100 Commerce St., RM9C60, Dallas, TX 75242, and all other parties registered to receive electronic notices from the Court.

/s/Weldon Reed Allmand
Weldon Reed Allmand

EXHIBIT A

| Case Number | Name | Date |
|---|---|---|
| 03-91247-DML-13 | Harbin | 11/25/2003 |
| 03-91287-DML-13 | Agnew | 11/26/2003 |
| 03-82092-SAF-13 | Carmody | 11/26/2003 |
| 03-91298-DML-13 | Goodwin | 11/26/2003 |
| 03-91296-DML-13 | Suddreth | 11/26/2003 |
| 03-91492-13 | Arthur | 12/1/2003 |
| 03-91551-BJH-13 | Barnett | 12/1/2003 |
| 03-91515-DML-13 | Bryant | 12/1/2003 |
| 03-82344-BJH-13 | Caltagirone | 12/1/2003 |
| 03-91409-DML-13 | Cox- Booker | 12/1/2003 |
| 03-91384-DML-13 | Fearing-Rawles | 12/1/2003 |
| 03-91551-DML-13 | Gutridge | 12/1/2003 |
| 03-91534-DML-13 | Hardy | 12/1/2003 |
| 03-91429-DML-13 | McMahon | 12/1/2003 |
| 03-91481-DML-13 | Simpson | 12/1/2003 |
| 03-91544-DML-13 | Snyder | 12/1/2003 |
| 03-91395-BJH-13 | Syas | 12/1/2003 |
| 03-82284-BJH- | Young Jr. | 12/1/2003 |
| 03-91627-DML-13 | Paredes | 12/2/2003 |
| 03-91668-DML-13 | Jones | 12/4/2003 |
| 03-91715-DML-13 | Cervantes | 12/5/2003 |
| 03-91711-DML-13 | Funk | 12/5/2003 |
| 03-91740-DML-13 | Harris | 12/8/2003 |
| 03-91734-BJH-13 | Love | 12/8/2003 |
| 03-91733-DML-13 | Warner | 12/8/2003 |
| 03-91774-DML-13 | Gunter | 12/10/2003 |
| 03-91795-DML-13 | Graham Jr. | 12/11/2003 |
| 03-82978-SAF13 | Avery | 12/18/2003 |
| 03-92063-DML-13 | Piper | 12/19/2003 |
| 04-44252-DML-7 | Schneider | 12/19/2003 |
| 03-92081-DML-13 | Schneider | 12/19/2003 |
| 04-41363-13 | Schneider | 12/19/2003 |
| 03-83061-BJH13 | Greer | 12/22/2003 |
| 03-92107-DML-7 | Southwell | 12/22/2003 |
| 03-92218-DML13 | Freelon | 12/30/2003 |
| 04-40059-BJH-13 | Anglada | 1/2/2004 |
| 04-40043-DML-13 | Shrake | 1/2/2004 |
| 04-40065-13 | Thomas | 1/2/2004 |
| 04-40337-13 | Freeman | 1/5/2004 |
| 04-40322-13 | Hernandez | 1/5/2004 |
| 04-40341-13 | Norris | 1/5/2004 |
| 04-40319-13 | Reedy | 1/5/2004 |
| 04-40328-7 | Sanchez | 1/5/2004 |
| 04-40309-13 | Shepherd | 1/5/2004 |
| 04-40308-DML-7 | Taylor | 1/5/2004 |
| 04-30517-13 | Lusk | 1/7/2004 |
| 04-40412-DML-13 | Byargeon | 1/8/2004 |
| 04-40413-DML-13 | Gillispie | 1/8/2004 |
| 04-40442-DML-13 | Thomason | 1/8/2004 |
| 04-40467-7 | Eichhorn | 1/11/2004 |
| 04-40470-13 | Bolin | 1/12/2004 |

| Case Number | Name | Date |
|---|---|---|
| 04-40509-DML-13 | Gardner | 1/13/2004 |
| 04-40514-DML-13 | Lossing | 1/13/2004 |
| 04-40516-13 | Galloway | 1/14/2004 |
| 04-40587-DML-13 | Rodriquez | 1/15/2004 |
| 04-40660-DML-7 | Monagle | 1/19/2004 |
| 04-30779-SAF-13 | Witcher | 1/19/2004 |
| 04-40284 | Ferguson | 1/22/2004 |
| 04-40803-DML-13 | Holmes | 1/22/2004 |
| 04-40913-DML-13 | Dempsey | 1/28/2004 |
| 04-31124-13 | Garcia | 1/30/2004 |
| 04-31371-HDH-13 | Alvarado | 2/2/2004 |
| 04-31223-SAF-13 | Butler | 2/2/2004 |
| 04-41098-DML-13 | Comfort | 2/2/2004 |
| 04-41176-DML-13 | Cook | 2/2/2004 |
| 04-41295-BJH-13 | Cummings | 2/2/2004 |
| 04-41096-DML-13 | Figueroa | 2/2/2004 |
| 04-41171-DML-13 | Gaston | 2/2/2004 |
| 04-41313-DML-13 | Hallows | 2/2/2004 |
| 04-41106-DML-13 | Hernandez | 2/2/2004 |
| 04-41100-DML-13 | Martin | 2/2/2004 |
| 04-41157-DML-13 | Parnian | 2/2/2004 |
| 04-31309-HDH-13 | Patel | 2/2/2004 |
| 04-41285-DML-13 | Romano | 2/2/2004 |
| 04-41285-DML-13 | Romano | 2/2/2004 |
| 04-41108-BJH-13 | Rosenbalm | 2/2/2004 |
| 04-41102-DML-13 | Scott | 2/2/2004 |
| 04-31226-HDH-13 | Washington | 2/2/2004 |
| 04-41431-DML-13 | Dunsworth | 2/5/2004 |
| 04-41466-DML-13 | Gay | 2/6/2004 |
| 04-41504-DML-13 | Hunt | 2/10/2004 |
| 04-41553-DML-13 | Delauney | 2/11/2004 |
| 04-41642-DML-13 | Vermillion | 2/13/2004 |
| 04-41632-DML-13 | Whitley | 2/13/2004 |
| 04-31914-HDH-13 | Launza | 2/16/2004 |
| 04-41813-DML-7 | Fomby | 2/18/2004 |
| 04-41791-BJH-13 | Robateau | 2/18/2004 |
| 04-41921-DML-13 | Kyle | 2/23/2004 |
| 04-41954-DML-13 | Collins | 2/24/2004 |
| 04-42235-BJH-13 | Avery | 3/1/2004 |
| 04-42187-DML-13 | Dodd | 3/1/2004 |
| 04-42240-DML-13 | Gray | 3/1/2004 |
| 04-42202-DML-13 | Richardson | 3/1/2004 |
| 04-42288-DML-13 | Schorr | 3/1/2004 |
| 04-32406-HDH-13 | Stewart | 3/1/2004 |
| 04-42190-DML-13 | Tusa | 3/1/2004 |
| 04-42256-DML-13 | Williams | 3/1/2004 |
| 04-42269-DML-13 | Williams | 3/1/2004 |
| 04-32670-SAF-13 | Stevenson | 3/2/2004 |
| 04-42480-BJH-13 | McGuire | 3/5/2004 |
| 04-42482-DML-13 | Pruitt | 3/5/2004 |
| 04-42479-DML-13 | Trester | 3/5/2004 |
| 04-42528-BJH-13 | McCullough | 3/8/2004 |
| 04-42574-DML-13 | Dexter | 3/10/2004 |
| 04-42572-DML-13 | Hill | 3/10/2004 |

| Case Number | Name | Date |
|---|---|---|
| 04-42622-BJH-13 | Bird | 3/11/2004 |
| 04-42624-DML-13 | Denoma | 3/11/2004 |
| 04-42625-DML-13 | James | 3/11/2004 |
| 04-42809-DML-13 | Crossan | 3/17/2004 |
| 04-42811-DML-13 | Francis | 3/17/2004 |
| 04-42812-DML-13 | Marks | 3/17/2004 |
| 04-42816-DML-13 | Smith | 3/17/2004 |
| 04-42813-DML-13 | Umesi | 3/17/2004 |
| 04-33141-HDH-13 | Hach | 3/18/2004 |
| 04-42887-DML-13 | Jessamine | 3/19/2004 |
| 04-42955-DML-13 | Lockridge | 3/23/2004 |
| 04-42952-DML-13 | Roblyer | 3/23/2004 |
| 04-43078-BJH-13 | Houston | 3/26/2004 |
| 04-43145-DML-13 | Wheeler | 3/30/2004 |
| 04-43151-BJH-13 | Barron | 3/31/2004 |
| 04-43205-DML-13 | Biggar | 4/1/2004 |
| 04-43437-13 | Aarons | 4/2/2004 |
| 04-43428-13 | Boone | 4/2/2004 |
| 04-43413-13 | Burns | 4/2/2004 |
| 04-43385-13 | Clark | 4/2/2004 |
| 04-43399-13 | Eaves | 4/2/2004 |
| 04-43433-13 | Gomez | 4/2/2004 |
| 04-43434-13 | Gonzales | 4/2/2004 |
| 04-33683-HDH-13 | Harris | 4/2/2004 |
| 04-43438-7 | Henderson | 4/2/2004 |
| 04-33657-HDH-13 | Long | 4/2/2004 |
| 04-33690-13 | Reyes | 4/2/2004 |
| 04-43395-13 | Wilson | 4/2/2004 |
| 04-43370-7 | Youngblood | 4/2/2004 |
| 04-43626 | Ellis | 4/5/2004 |
| 04-43501-13 | Gonzalez | 4/5/2004 |
| 04-43622-7 | Harvey | 4/5/2004 |
| 04-43633-DML-13 | Hubbard | 4/5/2004 |
| 04-43494-13 | Kent | 4/5/2004 |
| 04-43640-13 | Lindley | 4/5/2004 |
| 04-43499-13 | Munson | 4/5/2004 |
| 04-43497-13 | Needham | 4/5/2004 |
| 04-33820-HDH-13 | Puckett | 4/5/2004 |
| 04-43628-13 | Vandiver | 4/5/2004 |
| 04-33948-BJH-13 | Ware | 4/5/2004 |
| 04-43636-13 | Ybarra | 4/5/2004 |
| 04-34005-HDH-13 | Lopez | 4/6/2004 |
| 04-43771-13 | Amsbary-Burton | 4/8/2004 |
| 04-34166-SAF-7 | Maskell | 4/8/2004 |
| 04-43914-DML-13 | Gonzalez | 4/16/2004 |
| 04-44017-DML-13 | Argil | 4/20/2004 |
| 04-44030-DML-13 | Browning | 4/20/2004 |
| 04-44023-DML-13 | Farrell | 4/20/2004 |
| 04-44029-BJH-13 | Marshall | 4/20/2004 |
| 04-34470-BJH-13 | Thomas | 4/20/2004 |
| 04-44014-DML-13 | Tucker | 4/20/2004 |
| 04-44212-DML-13 | Reeves | 4/26/2004 |
| 04-34994-SAF-13 | Anderson | 5/3/2004 |
| 04-44587-BJH-13 | Boakye | 5/3/2004 |

| Case Number | Name | Date |
|---|---|---|
| 04-44514-DML-13 | Burnett | 5/3/2004 |
| 04-44632-DML-13 | Franks | 5/3/2004 |
| 04-35131-SAF-13 | Hatim | 5/3/2004 |
| 04-35044-HDH-13 | Hawkins | 5/3/2004 |
| 04-44601-DML-13 | Huber | 5/3/2004 |
| 04-44532-DML-13 | Jones | 5/3/2004 |
| 04-44629-DML-13 | Jones | 5/3/2004 |
| 04-44597-DML-13 | Kenney | 5/3/2004 |
| 04-44548-DML-13 | Kurtin | 5/3/2004 |
| 04-44583-DML-13 | Pitts | 5/3/2004 |
| 04-44570-DML-13 | Price | 5/3/2004 |
| 04-44524-DML-13 | Strayhorn | 5/3/2004 |
| 04-44576-DML-13 | Taylor | 5/3/2004 |
| 04-44536-BJH-13 | ThompsonDrake | 5/3/2004 |
| 04-35050-SAF-13 | White | 5/3/2004 |
| 04-35335-13 | Overstreet | 5/7/2004 |
| 04-45069-DML-13 | Hill | 5/20/2004 |
| 04-45084-DML-13 | Mutobaya | 5/20/2004 |
| 04-45068-DML-13 | Payne | 5/20/2004 |
| 04-45186-DML-7 | Clayton | 5/25/2004 |
| 04-45182-DML-13 | Daily | 5/25/2004 |
| 04-45187-DML-13 | McKee- | 5/25/2004 |
| 04-45214-BJH-13 | Bagby | 5/26/2004 |
| 04-45347-13 | Estep | 5/28/2004 |
| 04-45371-13 | Harkness | 5/28/2004 |
| 04-45355-13 | Hartzell | 5/28/2004 |
| 04-45382-13 | Johnson | 5/28/2004 |
| 04-45352-7 | Jones | 5/28/2004 |
| 04-36047-13 | Rollerson | 5/28/2004 |
| 04-45346-13 | Sandefur | 5/28/2004 |
| 04-45361-13 | Woods | 5/28/2004 |
| 04-36101-13 | McKinley | 5/31/2004 |
| 04-45690-13 | Chadwick | 6/8/2004 |
| 04-45688-13 | Franklin | 6/8/2004 |
| 04-45691-13 | Smith | 6/8/2004 |
| 04-45715-DML-13 | Martinez | 6/9/2004 |
| 04-45820-DML-13 | Reynolds | 6/14/2004 |
| 04-45946-7 | Fulcher | 6/18/2004 |
| 04-46019-DML-13 | Torres | 6/22/2004 |
| 04-46063-DML-13 | Bickerstaff | 6/24/2004 |
| 04-46064-DML-13 | Couvillion | 6/24/2004 |
| 04-46066-DML-13 | Mearidy | 6/24/2004 |
| 04-46156-DML-7 | Boozer | 6/28/2004 |
| 04-46148-DML-7 | Dennis | 6/28/2004 |
| 04-46153-DML-7 | Evans | 6/28/2004 |
| 04-46149-DML-7 | Gwin | 6/28/2004 |
| 04-46146-BJH-7 | Hammond | 6/28/2004 |
| 04-46150-DML-7 | Rutta | 6/28/2004 |
| 04-36971-13 | Wade | 6/29/2004 |
| 04-46218-7 | Dougherty | 6/30/2004 |
| 04-46216-7 | Gosler | 6/30/2004 |
| 04-46214-7 | Tillery | 6/30/2004 |
| 04-46294-DML-13 | Johnson | 7/1/2004 |
| 04-46297-DML-13 | Lacey | 7/1/2004 |

| Case Number | Name | Date |
|---|---|---|
| 04-46450-13 | Blackmon | 7/2/2004 |
| 04-46430-13 | Bowen | 7/2/2004 |
| 04-46463-13 | Briggs | 7/2/2004 |
| 04-46471-13 | Eubanks | 7/2/2004 |
| 04-37225-13 | Holliday | 7/2/2004 |
| 04-46451-13 | Howard | 7/2/2004 |
| 04-46436-13 | Jones | 7/2/2004 |
| 04-46476-13 | Morales | 7/2/2004 |
| 04-37229-13 | Ranne | 7/2/2004 |
| 04-37216-13 | Thomas | 7/2/2004 |
| 04-46440-13 | Thompson | 7/2/2004 |
| 04-46474-13 | Walker | 7/2/2004 |
| 04-37324-BJH-13 | Barker | 7/5/2004 |
| 04-46529-DML-7 | Blowers | 7/5/2004 |
| 04-46505-DML-13 | Cleaver | 7/5/2004 |
| 04-46505-DML-13 | Cleaver | 7/5/2004 |
| 04-46525-DML-13 | Copeland | 7/5/2004 |
| 04-46540-DML-13 | Crooks | 7/5/2004 |
| 04-46523-DML-13 | Curry | 7/5/2004 |
| 04-46531-DML-7 | Dracon | 7/5/2004 |
| 04-46536-DML-7 | Fitzhugh | 7/5/2004 |
| 04-46518-DML-13 | Gray | 7/5/2004 |
| 04-46532-DML-7 | Kitten | 7/5/2004 |
| 04-46522-DML-13 | Lipman | 7/5/2004 |
| 04-46530-DML-13 | Singleton | 7/5/2004 |
| 04-46534-DML-7 | Snow | 7/5/2004 |
| 04-46527-DML-7 | Stirman | 7/5/2004 |
| 04-46537-DML-13 | Sunshine | 7/5/2004 |
| 04-46526-DML-13 | Williams | 7/5/2004 |
| 04-46547-DML-13 | Woodard | 7/5/2004 |
| 04-46524-DML-13 | Zapata | 7/5/2004 |
| 04-46769-13 | Ferrell | 7/12/2004 |
| 04-46766-13 | Milliken | 7/12/2004 |
| 04-46765-13 | Sinquefield | 7/12/2004 |
| 04-46819-13 | Abron | 7/14/2004 |
| 04-46822-7 | Irish | 7/14/2004 |
| 04-46772-13 | Williams | 7/14/2004 |
| 04-37684-13 | Scroggins | 7/15/2004 |
| 04-46983-7 | Gobin | 7/21/2004 |
| 04-46980-13 | Pfeiffer | 7/21/2004 |
| 04-47011-7 | Storey | 7/21/2004 |
| 04-46981-7 | Sweny | 7/21/2004 |
| 04-47057-DML-13 | James | 7/22/2004 |
| 04-47074-13 | Carlile | 7/23/2004 |
| 04-47075-13 | Francis | 7/23/2004 |
| 04-47150-DML-13 | Bickerstaff | 7/28/2004 |