Office of the Standing Chapter 13 Trustee / SANDI
6851 N.E. Loop 820, Suite 300
N.Richland Hills, Texas 76180-6608
(817) 498-1937

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                         CASE NO: 04-46540-RFN-13
JAMES THOMAS & MARIE MICHELE CROOKS            CHAPTER 13
    DEBTOR(S),
                                               JUDGE RUSSELL F NELMS
---------------------------------------------------------------------
        MOTION TO DISMISS WITH CERTIFICATE OF SERVICE AND NOTICE OF HEARING THEREON
                                    (DELAY)
---------------------------------------------------------------------

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:

This case should be DISMISSED for the following cause(s):
Debtor(s) have failed to comply with the following Bankruptcy Rules which caused an unreasonable delay prejudicial to creditors per 11 USC 1307(c)(1)

**DEBTOR'S(S') FAILURE TO OBTAIN TIMELY CONFIRMATION OF THE PLAN**

WHEREFORE, your Trustee prays that after notice and hearing, this Chapter 13 Case be DISMISSED.
                                              * (Signature below)

                            CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Hearing Thereon" have been served on the parties listed below by United States First Class Mail on the date (**) shown below.

                    Signed: * /s/ Tim Truman, Chapter 13 Trustee
                            Tim Truman, Trustee/State Bar # 20258000


---------------------------------------------------------------------
NOTICE OF HEARING TO THE DEBTOR(S) AND THE DEBTOR'S(S') ATTORNEY OF RECORD:
You are notified of the filing of the foregoing Trustee's Motion.  A **pre-hearing conference** on the **Trustee's Motion** will be held on **Fri May 06, 2005, at 8:30 a.m.** by the Trustee at **6851 N.E. Loop 820, Suite 220, N.Richland Hills, Texas 76180**. Any objection or response to the proposed **MOTION** not resolved or defaulted at the pre-hearing conference will be heard by the Court at  9:00 AM  on   Wed June 1, 2005      , at 128 U.S. Courthouse       , 10th & Lamar St. Fort Worth, TX. YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.  ALL PAYMENTS DUE PRIOR TO THE HEARING MUST BE PAID CURRENT BY THE PRE-HEARING CONFERENCE IN ORDER FOR THE TRUSTEE TO WITH-DRAW THIS MOTION TO DISMISS.

  ** Dated: 03/30/2005
     DEBTOR(S):                              DEBTOR'S(S') COUNSEL:
     JAMES THOMAS & MARIE MICHELE CROOKS     HIGGINS & ALLMAND
     210 WOODDALE ST                         800 FOREST OAKS LN STE C
     EULESS TX  76039                        HURST TX  76053