Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180
(817) 770-8500
(817) 498-1362 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

    JAMES THOMAS CROOKS AND
    MARIE MICHELE CROOKS                        CASE NO.: 04-46540-RFN-13
    210 WOODDALE ST
    EULESS TX  76039                                DATE: 06/14/2005

                Debtor(s)

NOTICE OF HEARING ON: DEBTOR'S(S') OBJECTION TO CLAIMS, IF ANY;
CONFIRMATION OF DEBTOR'S(S') FINAL CHAPTER 13 PLAN; AND DEBTOR'S(S') MOTION FOR VALUATION

TO: ALL PARTIES IN INTEREST

    A Pre-Hearing Conference with the Chapter 13 Trustee concerning the "Debtor's(s') Objection to Claims," if any, "Debtor's(s) Final Chapter 13 Plan," and "Debtor's(s) Motion for Valuation" will be held at  8:30 AM on Fri Aug 05, 2005 at 6851 N.E. Loop 820, Suite 220, North Richland Hills, Texas  76180.

    Any objections to the above referenced pleadings not resolved or defaulted at the Trustee's Pre-hearing Conference 8:30 a.m. docket call will be heard by the Court at  9:00 AM on Sep 07, 2005 at 128 U.S. Courthouse, 10th and Lamar, Fort Worth, Texas.

    FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED BELOW, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT UNLESS OTHERWISE ORDERED BY THE COURT.

    TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES ON OR BEFORE 30 DAYS FROM THE DATE OF SERVICE HEREOF.

DEBTOR(S):    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:    HIGGINS & ALLMAND, 800 FOREST OAKS LN STE C, HURST TX  76053
TRUSTEE:    TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180

CASE #: 04-46540-RFN-13    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's "Notice of Hearing on: Debtor's Objection to Claims, if any; Confirmation of Debtor's(s) Final Chapter 13 Plan; and Debtor's Motion for Valuation" and a copy of the "Debtor's(s) Final Chapter 13 Plan and Motion for Valuation" and a copy of the "Debtor's(s) Objection to Claims," if any, were served by me on June 13, 2005    , on the following parties at the addresses listed below by the United States First Class Mail.

/s/ Tim Truman
Chapter 13 Trustee

```
DEBTOR(S):      JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:       HIGGINS & ALLMAND, 800 FOREST OAKS LN STE C, HURST TX  76053
TRUSTEE:        TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180


CREDITORS:
        AMSHER COLLECTION SERVICES, 1816 3RD AVE N, BIRMINGHAM AL  35203
        ANDERSON FINANCIAL NETWORK, PO BOX 3097, BLOOMINGTON IL  61702-3097
        ASSET ACCEPTANCE LLC, ASSIGNEE SBC, PO BOX 2036, WARREN MI  48090
        ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX  78711-2548
        CAPITAL ONE, PO BOX 85167, RICHMOND VA  23285-5167
        CBA COLLECTION BUREAU, 25954 EDEN LANDING RD, HAYWARD CA  94545
        CITIBANK, PO BOX 6408, THE LAKES NV  88901-6408
        CITICARDS, PO BOX 6403, THE LAKES NV  88901-6403
        CITIFINANCIAL, PO BOX 914, OWINGS MILLS MD  21117-0914
        COLLECTION BUREAU OF AMERICA, 25954 EDEN LANDING RD 1ST FL, HAYWARD CA  94545
        COLLECTION CO OF AMERICA, 700 LONGWATER DR, NORWELL MA  02060-1000
        COMCAST, PO BOX 173908, DENVER CO  80217-3908
        COMPUTER CREDIT, 640 W FORTH ST, WINSTON SALEM NC  27113-5238
        COMPUTER CREDIT INC, 640 W FOURTH ST DEPT 02045, PO BOX 5238, WINSTON-SALEM NC  27113-5238
        CREDIT FIRST / FIRESTONE, PO BOX 81344, CLEVELAND OH  44181
        CREDIT FIRST NATIONAL, PO BOX 818011, CLEVELAND OH  44181
        DILLARD NATIONAL BANK, PO BOX 52051, PHOENIX AZ  85072-2051
        DR REPORTING SERVICE, PO BOX 460036, GARLAND TX  75046-0036
        ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK NJ  07193-5480
        ER SOLUTIONS, 500 SW 7TH ST, PO BOX 9004, RENTON WA  98057
        FINANCIAL CORP OF AMERICA, 400 E ANDERSON LN STE 300, AUSTIN TX  78752
        FINANCIAL CORPORATION, PO BOX 16468, AUSTIN TX  78761
        FOLEYS, PO BOX 1971, HOUSTON TX  77251-1971
        HARRIS METHODIST FT WORTH, PO BOX 916063, FT WORTH TX  76191-6063
        HARRIS METHODIST HEB, PO BOX 916060, FT WORTH TX  76191-6060
        HOME DEPOT CREDITOR SERVICES, PO BOX 6028, THE LAKES NV  88901-6028
        INTERNAL REVENUE SERVICE, SPECIAL PROC/ATTN DISK PROCESS, 1100 COMMERCE RM 9A20 5024 DAL, DALLAS TX  75242-1496
        JAMES B NUTTER & CO, 4153 BROADWAY, PO BOX 10346, KANSAS CITY MO  64171-9936
        KOHLS, PO BOX 740933, DALLAS TX  75374
        KOHLS DEPT STORE, PO BOX 740933, DALLAS TX  75374
        LINEBARGER HEARD GOGGAN ET AL, 309 W 7TH STE 1414, FT WORTH TX  76102-5113
        LINEBARGER HEARD GOGGAN ET AL, 2323 BRYAN ST STE 1720, DALLAS TX  75201-2691
        MBI, PO BOX 35946, DALLAS TX  75235-0946
        MERCHANTS & PROF C B, 11921 N MO PAC EXPY STE, AUSTIN TX  78759
        NATIONAL FINANCIAL SYSTEMS IN, 600 W JOHN ST, PO BOX 9046, HICKSVILLE NY  11801
        NCO FINANCIAL, 500 N CENTRAL EXPRESSWAY, PLANO TX  75074
        NCO FINANCIAL SYSTEM, PO BOX 916060, FT WORTH TX  76191-6060
        OFFICE OF THE ATTORNEY GENERAL, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN TX  78711-2400
        PINNACLE ANESTHESIA CONSULTANT, 13601 PRESTON RD STE 900W, DALLAS TX  75240
        PROVIDIAN PROCESSING SVCS, PO BOX 800, TILTON NH  03276-0800
        RETAILERS NATIONAL BANK, C/O WEINSTEIN TREIGER & RILEY, 2101 4TH AVE  STE 900, SEATTLE  WA  98121
```

CASE #: 04-46540-RFN-13    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

```
SHERMAN ACQUISITIONS, DBA RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE SC  29603-0587
SOUTHWESTERN BELL, C/O ASSET ACCEPTANCE LLC, PO BOX 795161, SAN ANTONIO TX  78279-5161
STEEN & STEEN/MCLEAN & SANDERS, ATTN: BANKRUPTCY SECTION, 307 W 7TH ST  STE 1225, FORT WORTH TX  76102-5110
T-MOBILE, PO BOX 37380, ALBUQUERQUE NM  87176
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH TX  76196-0018
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX  78711-3127
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN TX  78711-3528
TEXAS EMPLOYEES CREDIT UNION, 2777 STEMMONS FRWY S1242, DALLAS TX  75207
TEXAS WORKFORCE COMMISSION, CASHIER TAX DEPT, PO BOX 149080, AUSTIN TX  78714-9080
UNITED STATES ATTORNEY, 1100 COMMERCE ROOM 16G28, DALLAS TX  75242-1049
VICTORIAS SECRET, PO BOX 659728, SAN ANTONIO TX  78265-9728
WEINSTEIN TREIGER, 2101 4TH AVE STE 900, SEATTLE WA  98121
WELLS FARGO FINANCIAL, 4137 121 ST, URBANDALE IA  50323
WELLS FARGO FINANCIAL TEXAS, 4137 121ST STREET, URBANDALE IA  50323
```