**TRUSTEE NON-ELECTRONIC**

CROOKSTX0033

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

_____X

In re:

  JAMES T CROOKS

  Debtor(s)

In Proceedings for a Repayment Plan Under Chapter 13

Case No    : 04-46540-DML-13
Tee Clm No:   Crt Clm No:9
Amount     : 502.78

### JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

  Chase Manhattan Bank USA, NA (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated January 01, 2003, as amended from time to time by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

  Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

The original Proof Of Claim was filed under the following name and address: Chase Manhattan Bank USA by eCAST Settlement Corporation as its agent P.O. Box 35480, Newark, NJ 07193-5480.

Dated: 08/31/2005

SELLER/ASSIGNOR/TRANSFEROR:
Chase Manhattan Bank USA, NA
3700 WEISMAN BLVD
WEST OVER HILL #2, FIRST FLOOR
San Antonio, TX 78265

Telephone: 5169343650

By: (See Attached Waiver)

PURCHASER/ASSIGNEE/TRANSFEREE:
eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

Telephone: 610-644-7800   (Servicer)
Telecopy:  610-993-8493   (Servicer)

By: /s/Alane A. Becket
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

(01) ************7183   CMB44609



Chase Manhattan Bank USA, N.A.  
500 Stanton Christiana Road  
Newark, DE 19713  
Tel 302-552-6312  
Fax 302-552-6310  

Jeffrey S. Browning  
Vice President  

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Chase Manhattan Bank USA, National Association, a national banking association ("Transferor"), has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue New York, New York. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under the following names:

Chase Manhattan Bank USA, National Association  
Chase Manhattan Bank USA, N.A.  
Chase Bankcard Services, Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 28th day of February, 2003.

CHASE MANHATTAN BANK USA,  
NATIONAL ASSOCIATION, Transferor

By: _____  
Name:    Jeffrey S. Browning  
Title:    Vice President