UNITED STATES BANKRUPTCY COURT
For the Northern
District of Texas

In re:  
JIM CROOKS 1  
210 WOODALE  

EULESS        TX   76039  
Debtor(s)

Chapter 13  
Case No.: 04-46540-DML  
Claim No.: 20

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCast Settlement Corporation (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 4/23/03 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001(e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon docketing of the Notice of Transfer of Claim.

Account number: ************2238  
Claim Amount:          $1,911.74  
Dated: 03/30/05

SELLER/TRANSFEROR/ASSIGNOR:  
Household Bank (SB) N.A  
Churchman's Corporate Center  
90 Christiana Road  
New Castle, Delaware 19720  
Telephone: (302) 327-2885  

By: (See attached assignment)  
Thomas Harmon  

PURCHASER/TRANSFEREE/ASSIGNEE:  
eCast Settlement Corporation  
P.O. Box 7247-6971  
Philadelphia, PA 19170-6971  

Telephone: (520) 577-1544 (Servicer)

By: _____  
Edna Maldonado, Officer  
Sharon Sinanan, Officer  
Arlene Partain, Officer  
Tina Marin, Officer  
Kevin Lederman, Officer  
Dina Alcantara, Officer

Fort Worth  
Timothy Truman

## ASSIGNMENT OF ACCOUNTS

Household Bank (SB), N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to ECAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on August 25, 2003.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: August 25, 2003

HOUSEHOLD BANK (SB), N.A.

By: _____
Thomas Harmon

HOUSEHOLD RETAIL SERVICES, INC.

By: _____

HOUSEHOLD CARD SERVICES, INC.

By: _____

HOUSEHOLD RECEIVABLES
ACQUISITION CORPORATION

By: _____