Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180
(817) 770-8500
(817) 498-1362 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

    JAMES THOMAS CROOKS AND
    MARIE MICHELE CROOKS                          CASE NO.: 04-46540-RFN-13
    210 WOODDALE ST
    EULESS TX  76039                                 DATE: 11/03/2005

             Debtor(s)

NOTICE OF HEARING ON: DEBTOR'S(S') OBJECTION TO CLAIMS, IF ANY;
CONFIRMATION OF DEBTOR'S(S') FINAL CHAPTER 13 PLAN; AND DEBTOR'S(S') MOTION FOR VALUATION

TO: ALL PARTIES IN INTEREST

    A Pre-Hearing Conference with the Chapter 13 Trustee concerning the "Debtor's(s') Objection to Claims," if any, "Debtor's(s) Final Chapter 13 Plan," and "Debtor's(s) Motion for Valuation" will be held at  8:30 AM on Fri Dec 16, 2005 at 6851 N.E. Loop 820, Suite 220, North Richland Hills, Texas  76180.

    Any objections to the above referenced pleadings not resolved or defaulted at the Trustee's Pre-hearing Conference 8:30 a.m. docket call will be heard by the Court at  9:00 AM on Jan 04, 2006 at 128 U.S. Courthouse, 10th and Lamar, Fort Worth, Texas.

    FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED BELOW, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT UNLESS OTHERWISE ORDERED BY THE COURT.

    TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES ON OR BEFORE 30 DAYS FROM THE DATE OF SERVICE HEREOF.

DEBTOR(S):    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:    HIGGINS & ALLMAND, 112 GOLIAD ST, BENBROOK TX  76126
TRUSTEE:    TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180

<mark>
<mark>
</mark>
</mark>

CASE #: 04-46540-RFN-13   JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Trustee's "Notice of Hearing on: Debtor's Objection to Claims, if any; Confirmation of Debtor's(s) Final Chapter 13 Plan; and Debtor's Motion for Valuation" and a copy of the "Debtor's(s) Final Chapter 13 Plan and Motion for Valuation" and a copy of the "Debtor's(s) Objection to Claims," if any, were served by me on October 31, 2005 , on the following parties at the addresses listed below by the United States First Class Mail.

/s/ Tim Truman
Chapter 13 Trustee

DEBTOR(S):   JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:    HIGGINS & ALLMAND, 112 GOLIAD ST, BENBROOK TX  76126
TRUSTEE:     TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180

CREDITORS:
    AMSHER COLLECTION SERVICES, 1816 3RD AVE N, BIRMINGHAM AL  35203
    ANDERSON FINANCIAL NETWORK, PO BOX 3097, BLOOMINGTON IL  61702-3097
    ASSET ACCEPTANCE LLC, ASSIGNEE SBC, PO BOX 2036, WARREN MI  48090
    ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX  78711-2548
    CAPITAL ONE, C/O TSYS DEBT MANAGEMENT, PO BOX 5155, NORCROSS GA  30091
    CBA COLLECTION BUREAU, 25954 EDEN LANDING RD, HAYWARD CA  94545
    CITIBANK, PO BOX 6408, THE LAKES NV  88901-6408
    CITICARDS, PO BOX 6403, THE LAKES NV  88901-6403
    CITIFINANCIAL, PO BOX 914, OWINGS MILLS MD  21117-0914
    COLLECTION BUREAU OF AMERICA, 25954 EDEN LANDING RD 1ST FL, HAYWARD CA  94545
    COLLECTION CO OF AMERICA, 700 LONGWATER DR, NORWELL MA  02060-1000
    COMCAST, PO BOX 173908, DENVER CO  80217-3908
    COMPUTER CREDIT, 640 W FORTH ST, WINSTON SALEM NC  27113-5238
    COMPUTER CREDIT INC, 640 W FOURTH ST DEPT 02045, PO BOX 5238, WINSTON-SALEM NC  27113-5238
    CREDIT FIRST / FIRESTONE, PO BOX 81344, CLEVELAND OH  44181
    CREDIT FIRST NATIONAL, PO BOX 818011, CLEVELAND OH  44181
    DILLARD NATIONAL BANK, PO BOX 52051, PHOENIX AZ  85072-2051
    DR REPORTING SERVICE, PO BOX 460036, GARLAND TX  75046-0036
    ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK NJ  07193-5480
    ER SOLUTIONS, 500 SW 7TH ST, PO BOX 9004, RENTON WA  98057
    FINANCIAL CORP OF AMERICA, 400 E ANDERSON LN STE 300, AUSTIN TX  78752
    FINANCIAL CORPORATION, PO BOX 16468, AUSTIN TX  78761
    FOLEYS, PO BOX 1971, HOUSTON TX  77251-1971
    HARRIS METHODIST FT WORTH, PO BOX 916063, FT WORTH TX  76191-6063
    HARRIS METHODIST HEB, PO BOX 916060, FT WORTH TX  76191-6060
    HOME DEPOT CREDITOR SERVICES, PO BOX 6028, THE LAKES NV  88901-6028
    INTERNAL REVENUE SERVICE, SPECIAL PROC/ATTN DISK PROCESS, 1100 COMMERCE RM 9A20 5024 DAL, DALLAS TX  75242-1496
    JAMES B NUTTER & CO, 4153 BROADWAY, PO BOX 10346, KANSAS CITY MO  64171-9936
    KOHLS, PO BOX 740933, DALLAS TX  75374
    KOHLS DEPT STORE, PO BOX 740933, DALLAS TX  75374
    LINEBARGER HEARD GOGGAN ET AL, 309 W 7TH STE 1300, FT WORTH TX  76102-5113
    LINEBARGER HEARD GOGGAN ET AL, 2323 BRYAN ST STE 1720, DALLAS TX  75201-2691
    MBI, PO BOX 35946, DALLAS TX  75235-0946
    MERCHANTS & PROF C B, 11921 N MO PAC EXPY STE, AUSTIN TX  78759
    NATIONAL FINANCIAL SYSTEMS IN, 600 W JOHN ST, PO BOX 9046, HICKSVILLE NY  11801
    NCO FINANCIAL, 500 N CENTRAL EXPRESSWAY, PLANO TX  75074
    NCO FINANCIAL SYSTEM, PO BOX 916060, FT WORTH TX  76191-6060
    OFFICE OF THE ATTORNEY GENERAL, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN TX  78711-2400
    PINNACLE ANESTHESIA CONSULTANT, 13601 PRESTON RD STE 900W, DALLAS TX  75240
    PROVIDIAN PROCESSING SVCS, PO BOX 800, TILTON NH  03276-0800
    RETAILERS NATIONAL BANK, C/O WEINSTEIN TREIGER & RILEY, 2101 4TH AVE  STE 900, SEATTLE  WA  98121

CASE #: 04-46540-RFN-13    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

```
SHERMAN ACQUISITIONS, DBA RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE SC  29603-0587
SOUTHWESTERN BELL, C/O ASSET ACCEPTANCE LLC, PO BOX 795161, SAN ANTONIO TX  78279-5161
STEEN & STEEN/MCLEAN & SANDERS, ATTN: BANKRUPTCY SECTION, 307 W 7TH ST  STE 1225, FORT WORTH TX  76102-5110
T-MOBILE, PO BOX 37380, ALBUQUERQUE NM  87176
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH TX  76196-0018
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX  78711-3127
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN TX  78711-3528
TEXAS EMPLOYEES CREDIT UNION, 2777 STEMMONS FRWY S1242, DALLAS TX  75207
TEXAS WORKFORCE COMMISSION, CASHIER TAX DEPT, PO BOX 149080, AUSTIN TX  78714-9080
UNITED STATES ATTORNEY, 1100 COMMERCE ROOM 16G28, DALLAS TX  75242-1049
VICTORIAS SECRET, PO BOX 659728, SAN ANTONIO TX  78265-9728
WEINSTEIN TREIGER, 2101 4TH AVE STE 900, SEATTLE WA  98121
WELLS FARGO FINANCIAL, 4137 121 ST, URBANDALE IA  50323
WELLS FARGO FINANCIAL TEXAS, 4137 121ST STREET, URBANDALE IA  50323
```