Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180
(817) 770-8500
(817) 498-1362 (FAX)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

    JAMES THOMAS CROOKS AND
    MARIE MICHELE CROOKS                       CASE NO.: 04-46540-RFN-13
    210 WOODDALE ST
    EULESS TX  76039                              DATE: 02/01/2006

    Debtor(s)

---

NOTICE OF HEARING ON: DEBTOR'S(S') OBJECTION TO CLAIMS, IF ANY;
CONFIRMATION OF DEBTOR'S(S') FINAL CHAPTER 13 PLAN; AND DEBTOR'S(S') MOTION FOR VALUATION

---

TO: ALL PARTIES IN INTEREST

    A Pre-Hearing Conference with the Chapter 13 Trustee concerning the "Debtor's(s') Objection to Claims," if any, "Debtor's(s) Final Chapter 13 Plan," and "Debtor's(s) Motion for Valuation" will be held at  8:30 AM on Fri Mar 17, 2006 at 6851 N.E. Loop 820, Suite 220, North Richland Hills, Texas  76180.

    Any objections to the above referenced pleadings not resolved or defaulted at the Trustee's Pre-hearing Conference 8:30 a.m. docket call will be heard by the Court at  9:00 AM on Apr 06, 2006 at 128 U.S. Courthouse, 10th and Lamar, Fort Worth, Texas.

    FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED BELOW, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT UNLESS OTHERWISE ORDERED BY THE COURT.

    TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES ON OR BEFORE 30 DAYS FROM THE DATE OF SERVICE HEREOF.


DEBTOR(S):    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:    HIGGINS & ALLMAND, 112 GOLIAD ST, BENBROOK TX  76126
TRUSTEE:    TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180

CASE #: 04-46540-RFN-13    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Trustee's "Notice of Hearing on: Debtor's Objection to Claims, if any; Confirmation of Debtor's(s) Final Chapter 13 Plan; and Debtor's Motion for Valuation" and a copy of the "Debtor's(s) Final Chapter 13 Plan and Motion for Valuation" and a copy of the "Debtor's(s) Objection to Claims," if any, were served by me on January 26, 2006  , on the following parties at the addresses listed below by the United States First Class Mail.


                                              /s/ Tim Truman
                                              Chapter 13 Trustee

```
DEBTOR(S):     JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS, 210 WOODDALE ST, EULESS TX  76039
ATTORNEY:      HIGGINS & ALLMAND, 112 GOLIAD ST, BENBROOK TX  76126
TRUSTEE:       TRUSTEE'S OFFICE, 6851 N.E. LOOP 820, SUITE 300, NORTH RICHLAND HILLS, TX  76180


CREDITORS:
       AMSHER COLLECTION SERVICES, 1816 3RD AVE N, BIRMINGHAM AL  35203
       ANDERSON FINANCIAL NETWORK, PO BOX 3097, BLOOMINGTON IL  61702-3097
       ASSET ACCEPTANCE LLC, ASSIGNEE SBC, PO BOX 2036, WARREN MI  48090
       ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN TX  78711-2548
       CAPITAL ONE, C/O TSYS DEBT MANAGEMENT, PO BOX 5155, NORCROSS GA  30091
       CBA COLLECTION BUREAU, 25954 EDEN LANDING RD, HAYWARD CA  94545
       CITIBANK, PO BOX 6408, THE LAKES NV  88901-6408
       CITICARDS, PO BOX 6403, THE LAKES NV  88901-6403
       CITIFINANCIAL, PO BOX 914, OWINGS MILLS MD  21117-0914
       COLLECTION BUREAU OF AMERICA, 25954 EDEN LANDING RD 1ST FL, HAYWARD CA  94545
       COLLECTION CO OF AMERICA, 700 LONGWATER DR, NORWELL MA  02060-1000
       COMCAST, PO BOX 173908, DENVER CO  80217-3908
       COMPUTER CREDIT, 640 W FORTH ST, WINSTON SALEM NC  27113-5238
       COMPUTER CREDIT INC, 640 W FOURTH ST DEPT 02045, PO BOX 5238, WINSTON-SALEM NC  27113-5238
       CREDIT FIRST / FIRESTONE, PO BOX 81344, CLEVELAND OH  44181
       CREDIT FIRST NATIONAL, PO BOX 818011, CLEVELAND OH  44181
       DILLARD NATIONAL BANK, PO BOX 52051, PHOENIX AZ  85072-2051
       DR REPORTING SERVICE, PO BOX 460036, GARLAND TX  75046-0036
       ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK NJ  07193-5480
       ER SOLUTIONS, 500 SW 7TH ST, PO BOX 9004, RENTON WA  98057
       FINANCIAL CORP OF AMERICA, 400 E ANDERSON LN STE 300, AUSTIN TX  78752
       FINANCIAL CORPORATION, PO BOX 16468, AUSTIN TX  78761
       FOLEYS, PO BOX 1971, HOUSTON TX  77251-1971
       HARRIS METHODIST FT WORTH, PO BOX 916063, FT WORTH TX  76191-6063
       HARRIS METHODIST HEB, PO BOX 916060, FT WORTH TX  76191-6060
       HOME DEPOT CREDITOR SERVICES, PO BOX 6028, THE LAKES NV  88901-6028
       INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA PA  19114
       JAMES B NUTTER & CO, 4153 BROADWAY, PO BOX 10346, KANSAS CITY MO  64171-9936
       KOHLS, PO BOX 740933, DALLAS TX  75374
       KOHLS DEPT STORE, PO BOX 740933, DALLAS TX  75374
       LINEBARGER HEARD GOGGAN ET AL, 309 W 7TH STE 1300, FT WORTH TX  76102-5113
       LINEBARGER HEARD GOGGAN ET AL, 2323 BRYAN ST STE 1720, DALLAS TX  75201-2691
       MBI, PO BOX 35946, DALLAS TX  75235-0946
       MERCHANTS & PROF C B, 11921 N MO PAC EXPY STE, AUSTIN TX  78759
       NATIONAL FINANCIAL SYSTEMS IN, 600 W JOHN ST, PO BOX 9046, HICKSVILLE NY  11801
       NCO FINANCIAL, 500 N CENTRAL EXPRESSWAY, PLANO TX  75074
       NCO FINANCIAL SYSTEM, PO BOX 916060, FT WORTH TX  76191-6060
       OFFICE OF THE ATTORNEY GENERAL, FIELD OPERATIONS MAIL CODE 038, PO BOX 12400, AUSTIN TX  78711-2400
       PINNACLE ANESTHESIA CONSULTANT, 13601 PRESTON RD STE 900W, DALLAS TX  75240
       PROVIDIAN PROCESSING SVCS, PO BOX 800, TILTON NH  03276-0800
       RETAILERS NATIONAL BANK, C/O WEINSTEIN TREIGER & RILEY, 2101 4TH AVE  STE 900, SEATTLE  WA  98121
```

CASE #: 04-46540-RFN-13    JAMES THOMAS CROOKS AND MARIE MICHELE CROOKS

```
SHERMAN ACQUISITIONS, DBA RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE SC  29603-0587
SOUTHWESTERN BELL, C/O ASSET ACCEPTANCE LLC, PO BOX 795161, SAN ANTONIO TX  78279-5161
STEEN & STEEN/MCLEAN & SANDERS, ATTN: BANKRUPTCY SECTION, 307 W 7TH ST  STE 1225, FORT WORTH TX  76102-5110
T-MOBILE, PO BOX 37380, ALBUQUERQUE NM  87176
TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH TX  76196-0018
TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN TX  78711-3127
TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN TX  78711-3528
TEXAS EMPLOYEES CREDIT UNION, 2777 STEMMONS FRWY S1242, DALLAS TX  75207
TEXAS WORKFORCE COMMISSION, CASHIER TAX DEPT, PO BOX 149080, AUSTIN TX  78714-9080
UNITED STATES ATTORNEY, 1100 COMMERCE ROOM 16G28, DALLAS TX  75242-1049
VICTORIAS SECRET, PO BOX 659728, SAN ANTONIO TX  78265-9728
WEINSTEIN TREIGER, 2101 4TH AVE STE 900, SEATTLE WA  98121
WELLS FARGO FINANCIAL, 4137 121 ST, URBANDALE IA  50323
WELLS FARGO FINANCIAL TEXAS, 4137 121ST STREET, URBANDALE IA  50323
```