Reed Allmand
Higgins & Allmand, P.C.-Hurst
112 Goliad Street
Benbrook, TX  76126

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 04-46540-DML-13** |
| | § | |
| **James Thomas Crooks** | § | |
| **and** | § | |
| **Michele Marie Crooks** | § | |
| **DEBTORS** | § | |

**NOTICE OF LAST KNOWN ADDRESS**

The Final Plan for Providian has been returned by the post office to Higgins & Associates as undeliverable.

Debtor(s) herby certify that they are unable to locate a current address for the above-named creditor and the last known address is:
P.O. Box 800
Tilton, NH 03276


 /s/ Crooks, James Thomas
Debtor

 /s/ Crooks, Michele Marie
Debtor

Respectfully submitted,


 /s/ Reed Allmand
Reed Allmand
State Bar No.24027134
112 Goliad Street
Benbrook, TX  76126
(817) 268-1400    Telephone
(817) 268-6222    Fax