U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

## The following constitutes the order of the Court.

_Russell Nelms_

**Signed April 6, 2006**                                    **United States Bankruptcy Judge**

---

HIGGINS & ALLMAND
112 GOLIAD ST
BENBROOK TX 76126

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                      CASE NO: 04-46540-RFN-13
                                            CHAPTER 13
JAMES THOMAS & MARIE MICHELE CROOKS

     DEBTOR(S),                              JUDGE RUSSELL F NELMS

ORDER ON DEBTOR'S OBJECTION TO CLAIMS

At Fort Worth in said District:

On this day came on for consideration the "Debtor's Objection to
Claims," dated Jan 05, 2006, and any responses filed thereto.  The Court being
advised that the following parties appeared at the Trustee's Pre-Hearing
Conference: Debtor(s), the Standing Chapter 13 Trustee, and _____
_____ (claimants)
and that no other party appeared or timely filed any written response after
at least 30 days notice and opportunity to do so, as required by General Order
98 4 Section 8, and after considering the pleadings, evidence and stipulations,
if any, and any argument of counsel, the Court finds that the following order
should be entered:

**SECTION I**

| CREDITOR'S NAME | CLASSIFICATION |
|---|---|
| ANDERSON FINANCIAL NETWORK | UNSECURED |

Case No. 04-46540-RFN-13                                    Page No. 02
Debtor(s): JAMES THOMAS & MARIE MICHELE CROOKS

| CREDITOR'S NAME | CLASSIFICATION |
| --- | --- |
| CBA COLLECTION BUREAU | UNSECURED |
| CITICARDS | UNSECURED |
| CITIBANK | UNSECURED |
| COLLECTION CO OF AMERICA | UNSECURED |
| COLLECTION BUREAU OF AMERICA | UNSECURED |
| COMCAST | UNSECURED |
| COMPUTER CREDIT INC | UNSECURED |
| COMPUTER CREDIT INC | UNSECURED |
| CREDIT FIRST / FIRESTONE | UNSECURED |
| ER SOLUTIONS | UNSECURED |
| FINANCIAL CORPORATION | UNSECURED |
| FINANCIAL CORPORATION | UNSECURED |
| HARRIS METHODIST FT WORTH | UNSECURED |
| HARRIS METHODIST HEB | UNSECURED |
| HARRIS METHODIST HEB | UNSECURED |
| HARRIS METHODIST HEB | UNSECURED |
| HARRIS METHODIST HEB | UNSECURED |
| HOME DEPOT CREDITOR SERVICES | UNSECURED |
| MBI | UNSECURED |
| MBI | UNSECURED |
| MERCHANTS & PROF C B | UNSECURED |
| NCO FINANCIAL SYSTEM | UNSECURED |
| NCO FINANCIAL | UNSECURED |
| PINNACLE ANESTHESIA CONSULTANT | UNSECURED |
| PROVIDIAN PROCESSING SVCS | UNSECURED |
| SOUTHWESTERN BELL | UNSECURED |

Case No.  04-46540-RFN-13                                          Page No. 03
Debtor(s): JAMES THOMAS & MARIE MICHELE CROOKS

       **CREDITOR'S NAME**               **CLASSIFICATION**

       VICTORIAS SECRET            UNSECURED

    **IT IS THEREFORE ORDERED** that the above Section I claims, which were listed
in Section I of such objection (No Proof of Claim Filed), are hereby **DISALLOWED**.

## SECTION II

| 1<br>CREDITOR'S NAME | 2<br>CLASS<br>AS FILED | 3<br>CLAIM AMOUNT | 4<br>ALLOW/DISALLOW | 5<br>AMOUNT | 6<br>CLASS<br>(S,P,U) |
|---|---|---|---|---|---|
| FOLEYS | S | $  375.47 | DISALLOW  $ | 375.47 | S |
|  |  |  | ALLOW  $ | 375.47 | U |

    **IT IS FURTHER ORDERED** that the above Section II claims, which were listed
in Section II of such objection (Specific Objections), are hereby **ALLOWED** or
**DISALLOWED** as shown.

                # # # End of Order # # #