OFFICE OF THE STANDING CHAPTER TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS 76180-6608
PHONE: (817) 770-8500

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

IN RE: JAMES THOMAS & MARIE MICHELE CROOKS    CASE NO. 04-46540-RFN-13

CHAPTER 13

DEBTOR(S)

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION TO DISMISS

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee hereby **WITHDRAWS** his "Motion to Dismiss" filed on or about March 29, 2005.

Date: 04/26/2006

Respectfully submitted,

By: /s/ Tim Truman
Tim Truman
Standing Chapter 13 Trustee
State Bar No. 20258000