Robert A. Higgins
Higgins & Allmand
112 Goliad St.
Benbrook, TX  76126
Telephone:  (817) 924-9000
Fax:  (817) 924-6644

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

**IN RE:**

| | | |
|---|---|---|
| **Lloyd Aaron, ET AL.** | § | **CASE NO. 06-32250-HDH-13** |
| | § | |
| **Debtor** | § | **CHAPTER 13** |

### NOTICE DESIGNATING NEW LEAD COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

**COMES NOW** the law firm of Higgins & Allmand and would respectfully provide the Court notice of the following:

I.

Weldon Reed Allmand is an employee of the Dallas office of Higgins & Allmand (formerly known as Higgins & Associates).  Mr. Allmand is designated as lead counsel on numerous cases assigned to the Fort Worth Division of the United States Bankruptcy Court.  All cases assigned to the Fort Worth Division of the United States Bankruptcy Court will be transferred from the Dallas office of Higgins & Allmand, to the Fort Worth office of Higgins & Allmand.  A comprehensive list of these cases is attached to this notice as Exhibit "A".  Higgins & Allmand requests that the Court terminate Weldon Reed Allmand as lead counsel, and designate Robert A. Higgins, located at 112 Goliad St., Benbrook, TX  76126, as the lead counsel on the attached cases.  This substitution is effective immediately.

Respectfully Submitted,


 /s/ Robert A. Higgins
Robert A. Higgins
State Bar No. 24007361
112 Goliad St.
Benbrook, Texas 76126
Phone  (817) 924-9000
Fax     (817) 924-6644


## CERTIFICATE OF SERVICE


The undersigned hereby certifies that on or about December 12, 2006, a true and correct copy of the foregoing was served on the following:  Tom Powers, Chapter 13 Trustee, 125 East John Carpenter Freeway, Suite 1100, Irving, TX  75062; United States Trustee, 1100 Commerce Street, Rm 9C60, Dallas, TX  75242, and all parties registered to receive electronic notices from the court.


 /s/ Robert A. Higgins
Robert A. Higgins
State Bar No. 24007361

**EXHIBIT "A"**

| | |
|---|---|
| 01-48854-rfn13 | Charles Edward Hallom and Kim Taylor Hallom |
| 01-48917-dml13 | Chounpis Chaiwong Papillion and Paul Steven Papillion |
| 01-48996-dml13 | Ricky Vera and Sheri Kay Vera |
| 01-49003-dml13 | Winifred Bottom |
| 01-49057-rfn13 | Tanya Denise Linton |
| 01-49061-dml13 | Donna Katherin Urbanek |
| 01-49128-rfn13 | Clifton Eugene Kimble and Mary Delois Kimble |
| 01-49260-dml13 | Richard Darrell Manning and Donna Kaye Manning |
| 01-49286-dml13 | Marie Ellen Harvey |
| 01-49291-rfn13 | Alfonso Veliz and Margaret Diane Veliz |
| 01-49333-rfn13 | Cecilia Annmarie Thompson and William A. Thompson |
| 01-49370-dml13 | Nancy Karlene Heithecker |
| 01-49377-rfn13 | Joe Ray Hayes and Regina Phariss Hayes |
| 02-40102-dml13 | Ivete Cooper and Okey Cooper |
| 02-40288-rfn13 | Dean A. Driskill and Sylvia D. Driskill |
| 02-40321-rfn13 | Jerome Pleasant Eugene and Raylett Jo Eugene |
| 02-40456-dml13 | Denise Marie Smith |
| 02-40492-rfn13 | Kennedy F. Ferrell |
| 02-40631-dml13 | Robert Warren Duke and Jonna Sue Duke |
| 02-40709-rfn13 | James Raymond Watkins |
| 02-40711-dml13 | Javier Gonzalez and Nancy Gonzalez |
| 02-40718-rfn13 | Roland James |
| 02-40719-dml13 | Beverly Smith Lawton |
| 02-40896-dml13 | Gladys B. Smith |
| 02-40973-rfn13 | Roxanne E. Nesbitt |
| 02-41337-rfn13 | Jimmy A. Garcia and Maria Ybarra Garcia |
| 02-41408-dml13 | Mark S. Girard and Crystal M. Girard |
| 02-41555-dml13 | Derrick Lamar Jordan and Felicia Lynn Jordan |
| 02-41916-rfn13 | Marlin George Miller and Connie Jean Miller |
| 02-41917-rfn13 | Todd Patrick Allen and Toni G. Allen |
| 02-41947-rfn13 | Jerry Michael Utz and Dusty Rae Utz |
| 02-42010-rfn7 | Jeannie Dee Alexander |
| 02-42012-rfn13 | Joe Bonimo Williams and Zenobia D. Williams |
| 02-42178-dml13 | Richard Graham Carter and Vickey D. Carter |
| 02-42232-dml13 | Attris Eugene Johnson |
| 02-42291-dml13 | Brandon Lee Ruiz |
| 02-42658-rfn13 | John Ray Anderson |
| 02-42798-dml13 | Carlos R. Ramirez and Celia Jimenez Ramirez |
| 02-42928-rfn13 | Gaynell Odom |
| 02-42983-dml13 | Harold Lee Jackson and Lillie Mae Jackson |
| 02-43150-dml13 | Thomas Curtis Crosby and Ramona Mary Crosby |
| 02-43460-dml13 | Flora Dean Richardson |
| 02-43461-rfn13 | Jason Adam Stearns |
| 02-43560-dml13 | Eula Nell Martin |
| 02-43561-rfn13 | Raul Robles and Marina Danelia Robles |
| 02-43774-rfn13 | Russel Frank Baer and Doris May Baer |
| 02-45295-dml13 | Charlotte Ann Williams-Evans |
| 02-45307-rfn13 | Myron Damon Whitaker and Cheryl Lynn Whitaker |
| 02-45358-rfn13 | Sammy Lujan and Rosa Linda Leija |
| 02-45676-rfn13 | Anna Williams Fuller |
| 02-45678-rfn13 | Roger Paul Day and Sherry Lynn Day |
| 02-45803-dml13 | Randall Eric Allison and Charlotte Dale Allison |
| 02-46162-rfn13 | Paul Sheng |
| 02-46165-rfn13 | Raymond Leo Hopson and Donna Hopson |

| 02-46626-rfn13 | Clarence Clayton Kirksey and Michelle L. Kirksey |
| 02-46634-rfn13 | William Robert Bardwell and Sue Graves Bardwell |
| 02-46883-rfn13 | Michael Dewayne Applon and Amanda Janelle Applon |
| 02-46887-rfn13 | Arthur O. Castle |
| 02-46910-dml13 | Billie Jean Bowers |
| 02-47084-rfn13 | Johanna Kathryn Collins |
| 02-47125-rfn13 | James Matthew Manion and Deborah Dianne Manion |
| 02-47150-dml13 | Derick Eugene Busby and Angelica Busby |
| 02-47483-rfn13 | Vickie Gay Preston |
| 02-47633-dml13 | James Edward Sanders and Phyllis Diane Sanders |
| 02-47934-dml13 | Linda K. Walraven |
| 02-48026-rfn13 | Michael Charles Welton and Claudia Cox Welton |
| 02-48027-dml13 | Frederick Leonard Wade and Lisa Lorraine Moudry-Wade |
| 02-48333-rfn13 | John T. Wheat and Terrie A. Wheat |
| 02-48556-rfn13 | Beverly Marie Rupert |
| 02-48558-dml13 | Kenneth Charles Neubauer and Stacy Joyce Neubauer |
| 02-49600-rfn13 | Aaron Blanchard Carter |
| 02-49673-rfn13 | Adam Carrol Cook and Jennifer Lynn Cook |
| 02-49731-rfn13 | Michael Wayne Singleton and Terrill Beth Singleton |
| 03-40027-dml13 | Neva Diane Stone |
| 03-40036-dml13 | Charles Lynn Earhart and Valerie F. Earhart |
| 03-40343-rfn13 | Jesus Maria Garcia and Cynthia Ann Garcia |
| 03-40494-dml13 | Phyllis Ann Bell |
| 03-41013-rfn13 | Wanda Byrket Whitson |
| 03-41289-dml13 | Stephen Dell Sampson and Debra N. Sampson |
| 03-41491-dml13 | Mark Edward Larriba and Wendy Lorraine Larriba |
| 03-41550-dml13 | Ian Zachary Cox and Andrea Heather Cox |
| 03-42176-rfn13 | Lawrence Araujo and Delora Mae Araujo |
| 03-42179-dml13 | Jodie A.D. Hilliard and Delores Diane Hilliard |
| 03-42198-rfn13 | Constance Michelle Jones |
| 03-42250-rfn13 | Geneva A. Billue |
| 03-42340-dml13 | Gary Lee Richards and Jo Ann May Richards |
| 03-42382-rfn13 | Billy Earl Thomas and Vanessa Kay Thomas |
| 03-42454-rfn13 | Twyla Scott |
| 03-42633-rfn13 | Judith Kaye Burns |
| 03-42634-dml13 | Brad Stockton Hurtt and Karen Oneal Hurtt |
| 03-42746-dml7 | Matthew Stinson Sams and LaRie Arlene Sams |
| 03-42751-dml13 | Gregory Owen Barnes and Lisa Ann Barnes |
| 03-43076-rfn13 | Victoria R. Lopez |
| 03-43077-rfn13 | Willie James Williams |
| 03-43092-dml13 | Jason Lee Genn and Michelle Dawn Genn |
| 03-43338-dml13 | Darrell Scott Dunn |
| 03-43457-rfn13 | Edward Payne and Peggy Payne |
| 03-43938-rfn13 | Willard S. Burke and Johnson Ruth Burke |
| 03-44184-dml13 | David Gerald Brown and Sherrie Michele Brown |
| 03-44192-rfn13 | Edwin George Twigg and Michele Muscatell Twigg |
| 03-44200-rfn13 | Thomas Brian Goodfallow and Krisjean Dawn Goodfallow |
| 03-44376-rfn13 | Mary A. Toleston |
| 03-44702-rfn7 | Morkita Shuntelle Anthony |
| 03-44785-rfn13 | Robert G. Henson and Janet Irwin Henson |
| 03-44957-rfn13 | Ruby Dossett Hilliard |
| 03-45034-dml13 | Cresenciano Cantu Hernandez and Jaunita Trevino Hernandez |
| 03-45237-rfn13 | Jacqueline Rena Howard |
| 03-45239-rfn13 | Angela McNeal |
| 03-45696-rfn13 | Bobby Joe Sr. Dilmore and Linda Mahon Dilmore |
| 03-45900-dml13 | Teresa Dawn McCoy |

| | |
|---|---|
| 03-45912-rfn13 | Tatia Lynette Hartfield |
| 03-46016-dml13 | Michael Aaron Alexander and Jennifer Diane Alexander |
| 03-46021-dml13 | Afton Leon Herring and Tommie Stanford Herring |
| 03-46035-rfn13 | Albert Darrell Harris |
| 03-46036-dml13 | Timothy Robert Bergman |
| 03-46054-dml13 | Lance Gerrard Skakun |
| 03-46063-rfn13 | Christopher Lynn Thomas and Debra Ann Thomas |
| 03-46721-rfn13 | David Chris Smith and Cynthia Marie Smith |
| 03-46723-dml13 | Jena Marie McBride |
| 03-46749-dml13 | David Garrett Walker and Jennifer Ann Walker |
| 03-46804-rfn13 | Patricia Romine |
| 03-46997-rfn13 | Ella Christine Weeks |
| 03-47325-rfn13 | Ima Jean Blakeney Gofoth |
| 03-47518-dml13 | Howard Kendrick Cantrell and Mary Sylvia Cantrell |
| 03-47693-rfn13 | Jessica Marie Fane |
| 03-47694-rfn13 | Ralph Faught and Barbara Sue Faught |
| 03-47952-dml13 | Michael Byrd and Lauretta Byrd |
| 03-48045-rfn13 | Troy Edward Peterson and Angela Frances Peterson |
| 03-48047-rfn13 | Sherry Leigh Harmon |
| 03-48048-dml13 | Joseph Dean Lee and Amy Prewitt Lee |
| 03-48187-rfn13 | Laura Jean Schrop |
| 03-48189-rfn13 | Dennis Manuel Rodriguez |
| 03-48191-dml13 | Maxine Mallory |
| 03-48320-rfn13 | Donald G. McElreath and Patricia F. McElreath |
| 03-48321-dml13 | Jody Charles Montana and Angela Ivy Dillon |
| 03-48326-rfn13 | Vanessa Warren |
| 03-48334-dml13 | Jerry Don Blakeney and Betty Sue Blakeney |
| 03-48353-dml13 | Jo Steelman |
| 03-48390-rfn13 | Cecilia Renee Cass |
| 03-48730-rfn13 | Bart Robert Hall and Talese Estelle Hall |
| 03-48750-rfn13 | Jesse Limer and Kathleen Leal Limer |
| 03-49022-dml13 | Alan David Asher and Stephanie Wylie Asher |
| 03-49063-rfn13 | Jon Russell Puryear and Sandra Hudgins Puryear |
| 03-49230-dml13 | Beverly Ann Weathered and Jerry Joe Weathered |
| 03-49231-rfn13 | Terrence Lynn Law |
| 03-49234-rfn13 | Leila J. Owen |
| 03-49394-rfn13 | Erma Lee Cooper |
| 03-49542-dml13 | Paula Jean Freeman |
| 03-49615-rfn13 | Casey Carl Guest and Carla Caye Parker |
| 03-49877-rfn13 | Billie Arthur Stephens and Billie Sanders Stephens |
| 03-49879-dml13 | Juan Paul Gilfillian and Belvia Royce Gilfillian |
| 03-49886-rfn13 | Pupungatoa Katoa and Faleiva Uhi Katoa |
| 03-90039-dml13 | William Paul Schroeder and Treva Corbett Schroeder |
| 03-90044-rfn13 | Ray L. Kilgore and Joyce F. Kilgore |
| 03-90085-rfn13 | Mike Andrew Duerstock and Alice Ojeda Duerstock |
| 03-90117-dml13 | Steve Walter Kavanagh |
| 03-90118-dml13 | Richard Tyrone Langley and June Carolene Langley |
| 03-90279-rfn13 | Johnny Lee Dunigan and Cynthia Anne Dunigan |
| 03-90292-rfn13 | Jamie Lee Gonzales |
| 03-90661-dml13 | Jadey Wayne Boiles and Amy Lynn Davis |
| 03-90697-dml13 | Billie Jean Wilburg |
| 03-90758-rfn13 | Victor Lamon Thomas and Monica Ninette Martin Thomas |
| 03-90918-rfn13 | Marie Gaye Vilandre |
| 03-91000-dml13 | Harvey Manuel and Ruth Ethelin Manuel |
| 03-91123-rfn13 | William C Thompson and Heather A Thompson |
| 03-91169-dml7 | Rosana K. Fincher |

| | |
|---|---|
| 03-91171-rfn13 | Danny Wayne Cain and Dawna Louise Cain |
| 03-91179-rfn13 | Virginia Laverne Mancini |
| 03-91195-rfn7 | Dean Mark Cunningham and Priscilla Cunningham |
| 03-91247-dml13 | Johnny Ray Harbin and Sylvia Marie Harbin |
| 03-91296-dml13 | Laura Jean Suddreth |
| 03-91298-dml13 | Jennifer C. Goodwin |
| 03-91395-rfn13 | Latricia Antoinette Syas |
| 03-91409-dml13 | Freddie Cox-Booker |
| 03-91481-dml13 | Wesley Todd Simpson and Shawn Cheri Simpson |
| 03-91515-dml13 | James M. Bryant |
| 03-91534-dml13 | Matthew Lee Hardy and Vonetta Shourronne Hardy |
| 03-91715-dml13 | Johnny Joseph Cervantes |
| 03-91733-dml13 | Joe Ray Warner and Carrie Lynn Warner |
| 03-91795-dml13 | Laney Clinton Graham and Vicki Marie Graham |
| 03-92063-dml13 | Hugh Day Piper and Joyce Erlene Piper |
| 03-92081-dml13 | Eric Wayne Schneider |
| 03-92218-rfn13 | Gail Diane Freelon |
| 04-40065-rfn13 | Debra Grayson Thomas |
| 04-40309-rfn13 | Jaclyn Danielle Shepherd |
| 04-40341-rfn13 | Randall Loren Norris and Donna Gail Norris |
| 04-40442-dml13 | Larraine Beers Thomason |
| 04-40470-rfn13 | Christopher John Bolin and Angela Bolin Bolin |
| 04-40514-dml13 | Charles Floyd Lossing and Nikki Lynn Lossing |
| 04-40516-rfn13 | Norman Wesley Galloway |
| 04-40587-rfn13 | Francisco Andrew Rodriquez |
| 04-40913-dml13 | James L. Dempsey |
| 04-41098-dml13 | Eric Wayne Comfort |
| 04-41102-dml13 | Ralph Dean Scott and Amelia Molina Scott |
| 04-41106-dml13 | Roberto Hernandez |
| 04-41108-rfn13 | Nancy Ann Rosenbalm |
| 04-41171-rfn13 | Jarrell Boyd Gaston and Penny Marie Gaston |
| 04-41295-rfn13 | Daniel Douglas Cummings and Christine Lorene Cummings |
| 04-41313-dml13 | Barbara Anne Hallows |
| 04-41363-dml13 | Robert Wayne Schneider and Robbie Dean Schneider |
| 04-41504-rfn13 | Gregory Wade Hunt and Sandra Kaye Hunt |
| 04-41553-rfn13 | Diane Nadene Delauney |
| 04-41632-rfn13 | Paul Eugene Whitley and Teresa Jane Whitley |
| 04-41642-dml13 | Mark Edward Vermillion and Carol Andrews Vermillion |
| 04-41921-dml13 | Cindy Luanne Kyle |
| 04-41954-rfn13 | Alexander Collins |
| 04-42190-rfn13 | Mark Dwayne Tusa and Cindy Babbitt Tusa |
| 04-42202-rfn13 | Kevin D. Richardson |
| 04-42269-dml13 | Roger Cecil Williams and Brenda Lou Williams |
| 04-42288-dml13 | Ronald Vance Schorr and Pamela Geeslin Schorr |
| 04-42480-rfn13 | Mary Elizabeth McGuire |
| 04-42482-dml13 | James Terry Pruitt and Versie Booker Pruitt |
| 04-42572-rfn13 | Cedric Degualle Hill |
| 04-42624-rfn13 | Dale Duane Denoma and Deborah Ann Denoma |
| 04-42811-rfn13 | Jean Patricia Francis |
| 04-42887-rfn13 | Lonora Marie Jessamine |
| 04-42931-dml13 | Pamela Marie Lule |
| 04-43145-rfn13 | Hubert Wesley Wheeler and Patricia Lou Wheeler |
| 04-43385-rfn13 | Walter Jefferson Clark and Chong Sun Clark |
| 04-43395-dml13 | Kenneth Earl Wilson and Darshawnda Sharraine Wilson |
| 04-43399-dml13 | James Andrew Eaves and Norma Kathryn Eaves |
| 04-43413-dml13 | Francis Steven Burns and Sheila Kay Burns |

| | |
|---|---|
| 04-43434-rfn13 | Ricardo Gonzales and Traci Lynn Gonzales |
| 04-43499-dml13 | William Arthur Munson and Nancy Kay Munson |
| 04-43628-rfn13 | Jim Anthony Vandiver |
| 04-43633-dml7 | Marcia Earlene Hubbard |
| 04-43771-dml13 | Christine Elizabeth Amsbary-Burton and Michael William Amsbary |
| 04-43914-dml13 | Juana Gonzalez |
| 04-44017-dml13 | Manuel Jr. Argil |
| 04-44023-dml13 | Raymond Charles Farrell and Lynnette Ann Farrell |
| 04-44212-rfn13 | Joyce M Reeves |
| 04-44524-rfn13 | Kenny Strayhorn |
| 04-44532-rfn13 | Glen Dale Jones and Vanessa Louise Fisher Jones |
| 04-44536-rfn13 | Meshaye Druvette Thompson-Drake |
| 04-44548-dml13 | Beverly Frances Kurtin |
| 04-44597-rfn13 | Sandra Joann Kenney |
| 04-44632-rfn13 | Michael David Franks and Karen Anne Franks |
| 04-44656-rfn13 | Kenneth Wayne Walden and Shawn Roxanne Hazlewood |
| 04-45068-rfn13 | Carl David Payne and Deborah Delana Payne |
| 04-45069-rfn13 | Audrey Mae Hill |
| 04-45084-dml13 | Joseph Mutobaya and Loretta A Mutobaya |
| 04-45187-dml13 | Michelle-Olivia McKee |
| 04-45214-rfn13 | Carl E. Bagby and Nahketah R. Bagby |
| 04-45361-rfn13 | Della M Woods |
| 04-45690-rfn13 | Larry Dennis Chadwick |
| 04-45691-rfn13 | Kenneth Buhl Smith |
| 04-46019-dml13 | Richard Michael Torres and Tanya Dillon Torres |
| 04-46063-rfn13 | Brandi Jo Bickerstaff |
| 04-46064-rfn13 | Deborah W. Couvillion |
| 04-46294-dml13 | Theodore William Johnson |
| 04-46297-dml13 | Yolanda Sanchez Lacey and Robert Michael Lacey |
| 04-46463-rfn13 | Robert Clay Briggs and Amy Starr Jennings |
| 04-46474-rfn13 | Barbara L. Walker |
| 04-46518-rfn13 | Jerald Glenn Gray and Patrice Lynette Gray |
| 04-46526-rfn13 | Jerry Lynn Williams and Mary Louise Williams |
| 04-46540-rfn13 | James Thomas Crooks and Marie Michele Crooks |
| 04-46765-dml13 | Rebekah Ann Sinquefield |
| 04-46766-rfn13 | Sylvia Isabel Milliken |
| 04-46772-rfn13 | Anthony Desmond Williams |
| 04-47057-dml13 | Patrick Allen James |
| 04-47545-dml13 | Cecil L. Odum and Karen C. Odum |
| 04-47551-rfn13 | Richard Stanley Dobson |
| 04-47559-rfn13 | Clinton Thomas Wade and Mary Anita Wade |
| 04-47577-dml13 | Sandra J Powell |
| 04-47580-dml13 | Carolyn Gay Hill |
| 04-47760-dml13 | Mark Kevin Montoya and Natalie Jean Montoya |
| 04-47853-dml13 | Donald L Baker and Joan M Baker |
| 04-47881-dml13 | Jesse Torres and Isabelle Torres |
| 04-47912-dml13 | Sylvia Ybarra Granado |
| 04-47913-dml13 | Ronald Scott Bush and Sara Elizabeth Bush |
| 04-47918-dml13 | Roy Harold Scott and Rephsie Bearden Scott |
| 04-47920-dml13 | Allan Dewayne Birmingham and Beverly Kay Birmingham |
| 04-47934-dml13 | Carl Edward George and Brenda Kay George |
| 04-47991-dml13 | Malcolm Gene Gardner and Melody Ann Gardner |
| 04-48050-dml13 | Gary Rey Campman and Gloria Koeugh Campman |
| 04-48317-dml7 | Andrea J Hayes Senne |
| 04-48335-dml13 | Patrick Shelby and Linda Chapel Shelby |
| 04-48344-dml13 | Jesse Wayne Mitchell and Laura Lee Mitchell |

| | |
|---|---|
| 05-40108-rfn13 | Lisa Jeanne Ashford |
| 05-40581-dml13 | Melvin L. Pollock and Linda Jurecka Pollock |
| 05-42202-dml13 | Larry J Riley and Lisa Lynn Riley |
| 05-49110-dml13 | Sherida Odell Taylor |
| 05-95536-rfn13 | Richard Demond Kemp and Belinda Jean Kemp |
| 05-95803-rfn13 | Larry Joe Hradek and Renee Suzanne Hradek |
| 05-95812-dml13 | Gary J. Duffy and Karen Lively Duffy |
| 06-40031-dml13 | Morris Neal Harrison and Sheila Renee Harrison |
| 06-40082-rfn13 | Heriberto Perez and Laura Patricia Perez |
| 06-43385-dml13 | Cedric Bernard Jackson and Andrea D. Phillips-Jackson |
| 06-43392-dml13 | Garry Andrew Mabry and Lilian Rosa Mabry |
| 06-43400-rfn13 | Rito Jaime Vasquez |
| 06-43403-rfn13 | Kevin Wayne Long |
| 06-43407-dml13 | David Glen Clark |
| 06-43410-dml13 | Samuel Cortez Flores |
| 06-43473-rfn13 | Jose David Villegas |
| 06-43481-rfn13 | Frank Christopher Greer and Deborah Anne Greer |
| 06-44162-dml13 | Debra Lee Wells |