

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 24, 2007      United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 04-46540-RFN |
| **James Thomas Crooks & Marie Michele Crooks**<br>210 Wooddale St<br>Euless, TX 76039 | Chapter 13 |
| | Judge Russell F Nelms |

**ORDER DISCHARGING DEBTOR AFTER COMPLETION
OF CHAPTER 13 PLAN**

The court finds that the debtor filed a petition under Title 11, United States Code, on July 5, 2004, that the debtor's plan has been confirmed, and that the debtor has fulfilled all requirements under the plan.

**IT IS ORDERED THAT**

1. Pursuant to 11 U.S.C. Section 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

    a. provided for under 11 U.S.C. Section 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;

    b. in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property agreement, as specified in 11 U.S.C. Section 523(a)(5);

    c. for a student loan or educational benefit overpayment as specified in 11 U.S.C. Section 523(a)(8);

    d. for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523 (a)(9), in a case commenced on or after November 15, 1990; or

    e.    for restitution included in a sentence on the debtor's(s') conviction of a crime, in a case filed on or after November 15, 1990.

    f.    for a fine included in a sentence on the debtor's(s') conviction of a crime, in a case commenced on or after October 22, 1994.

2. Pursuant to 11 U.S.C. Section 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the Trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of Title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

**# # # End of Order # # #**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0539-4           User: mmaldino              Page 1 of 2             Date Rcvd: Sep 24, 2007
Case: 04-46540                 Form ID: pdf013             Total Served: 75

The following entities were served by first class mail on Sep 26, 2007.
db          +James Thomas Crooks,    210 Wooddale St.,    Euless, TX 76039-4316
jdb         +Marie Michele Crooks,    210 Wooddale St.,    Euless, TX 76039-4316
8205003     +Amsher Collection Service,    1816 3rd Ave. North,    Birmingham, AL 35203-3102
8205004     +Anderson Fin Network I -original Credito,    Po Box 3097,    Bloomington, IL 61702-3097
8205005     +Asset Accept -original Creditor:southwes,    Po Box 2036,    Warren, MI 48090-2036
8309644     +Asset Acceptance LLC,    P.O. Box 2036,    Warren MI 48090-2036
8205006     +Attorney General - Child Support,    attn: Bankruptcy Section,    10260 North Central Expressway,
              Suite 210,   Dallas, Texas 75231-3426
8462233     +CAPITAL ONE,    PO BOX 85167,    RICHMOND, VA 23285-5167
8205007     +Capital One Services,    P.O. Box 60000,    Seattle, WA 98190-6000
8205008     +Cba Collection Bureau -original Creditor,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
8205009      Chase,   P.O. Box 52108,    Pheonix, AZ 85072-2108
8306299      Chase Manhattan Bank USA, NA,    by eCAST Settlement Corporation as its a,    P.O. Box 35480,
              Newark, NJ   07193-5480
8205010      Citi Cards,    P.O. BOX 6403,    The Lakes, NV  88901-6401
8205011      Citi Financial,    P.O. Box 8019,    South Hackensack, NJ 07606-8019
8349001     +CitiFinancial,    P.O. Box 914,    Owingsmills, MD 21117-0700
8205012     +Citibank,    P. O. Box 6408,    The Lakes, NV 88901-6408
8205013     +Collection -original Creditor:med1pinnac,    700 Longwater Driv,    Norwell, MA 02061-1624
8205014      Collection Bureau of America,    Comcast Account,    25954 Eden Landing Road,
              Haywood, CA 93545-5013
8205015      Comcast,    P.O. Box 173908,    Denver, CO 80217-3908
8205016      Comptroller of Public Accounts,    Revenue Accounting Division,    Bankruptcy Section,
              PO Box 13528, Austin TX  78711
8205019     +Computer Credit,    Claim Dept 02045,    640  W 4th St,    P.O. Box 5238,
              Winton Salem, NC 27113-5238
8205018     +Computer Credit,    640 West Fourth Street,    Winston Salem, NC 27101-2730
8205017     +Computer Credit,    Claim 02045,    640 West 4th Street,    P.O. Box 5238,
              Winston Salem, NC 27113-5238
8205020      Computer Credit Inc,    Claim Dept 02045,    640 W 4th St.,    P.O. Box 5238,
              Winston Salem, NC 27113-5238
8205021      Credit First N A,    6275 Eastland Road,    Brook Park, OH 44142-1399
8205022      Credit First N.A. Firestone,    P.O. Box 81344,    Cleveland, OH 44188-0344
8394192     +Credit First National Assosc.,    P.O. Box 818011,    Cleveland, OH 44181-8011
8430586      DILLARD NATIONAL BANK,    PO BOX 52051,    PHOENIX, AZ 85072-2051
8205023      Dillards,    PO Box 29446,    Phoenix, AZ 85038-9446
8205024      Dr. Reporting Service,    P.O. Box 460036,    Garland, TX 75046-0036
8205025     +Er Solutions -original Creditor:reliant,    500 Sw 7th St,    Renton, WA 98057-2983
8205026     +Financial Corp of America,    400 E Anderson Lane Ste 300,    Austin, TX 78752-1239
8205027     +Fncl Corp Of America -original Creditor:,    Po Box 16468,    Austin, TX 78761-6468
8252088     +Foley's,    P O Box 1971,    Houston, TX 77251-1971
8205029      Foleys,    P.O. BOX 94508,    Cleveland, OH 44101-4508
8205038      HRS USA - Best Buy,    P.O. Box 60148,    City of Industry, CA 91716-0148
8205030      Harris Methodist Fort Worth,    P.O. Box 916063,    Ft. Worth, TX 76191-6063
8205031      Harris Methodist HEB,    P.O. Box 916060,    Fort Worth, TX 76191-6060
8205035     +Higgins & Associates P. C. -Hurst,    800 Forest Oaks Ln. No.C,    Hurst, TX 76053-4959
8205036      Higgins & Associates P. C. -Park,    2630 West Freeway No.132,    Fort Worth, TX 76102
8205037     +Home Depot Credit Service,    P.O. Box 6028,    The Lakes, NV 88901-6028
8504387     +Household Bank (SB), N.A.,    eCast Settlement Corporation,    c/o Bass & Associates, P.C.,
              3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
8205039    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Special Procedures - Insolvency,
              PO Box 21126,    Philadelphia, PA 19114)
8343851     +JAMES B NUTTER & COMPANY,    4153 BROADWAY,    KANSAS CITY MO 64111-2694
8205040      James B Nutter,    P.O. Box 4419404,    Kansas City, MO 64141-6404
8261696     +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
8205041      Kohls,   P.O. Box 2983,    Milwaukee, WI  53201-2983
8205042      Linebarger, Heard, Goggan et al,    309 W. 7th St., Ste. 1414,    Fort Worth, TX 76102-5113
8205043      MBI,   P.O. Box 35946,    Dallas, TX  75235-0946
8205045     +Merchants & Prof C B -original Creditor:,    11921 N Mo Pac Expy Ste,    Austin, TX 78759-3543
8205047      NCO Financial System,    Lockbox,    P.O. Box 916060,    Fort Worth, TX 76191-6060
8205046     +National Financial Systems,    600 W. John St.,    P.O. Box 9046,    Hicksville, NY 11802-9046
8205048     +Ncofinsys -original Creditor:harris Meth,    500 N Central Expy,    Plano, TX 75074-6772
8205049     +Pinnacle Anesthesia Cons.,    13601 Preston Rd., Suite 900W,    Dallas, TX 75240-4908
8205050     +Providian,    P.O. Box 800,    Tilton, NH 03276-0800
8205051     +Retailers Naitonal Bank,    P.O. Box 59316,    Minneapolis, MN 55459-0316
8205053      Retailers National Bank,    P.O. Box 59316,    Minneapolis, MN 55459-0316
8205052      Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
8231356     +Retailers National Bank-MERVYNS,    Retailers National Bank,
              c/o Weinstein, Treiger & Riley, P.S.,    2101 4th Ave, Suite 900,    Seattle, WA 98121-2339
8231707     +Retailers National Bank-TARGET,    Retailers National Bank,    c/o Weinstein, Treiger & Riley, P.S.,
              2101 4th Ave, Suite 900,    Seattle, WA 98121-2339
8205054      Southwestern Bell,    CO Asset Acceptance LLC,    P.O. Box 795161,    San Antonio, TX 78279-5161
8205055     +Steen & Steen-McLean & Sanders,    Attn: Bankruptcy Section,    307 W. 7th St., Ste. 1225,
              Fort Worth, TX 76102-5111
8205056     +T-Mobile,    PO Box 790047,    St. Louis, MD 63179-0047
8498165      T-Mobile Wireless,    Attn: Bankruptcy Dept.,    PO Box 37380,    Albuquerque, NM 87176-7380
8354927     +Tarrant County,    Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan St., Suite 1600,
              Dallas, Texas 75201-2644
8205057      Tarrant County Tax Collector,    Delinquent Tax Department,    100 E. Weatherford St.,
              Fort Worth, TX 76196-0018
8205058     +Texas Employees Credit Union,    2777 Stemmons Freeway S1242,    Dallas, Texas 75207-2277
```

```
District/off: 0539-4          User: mmaldino              Page 2 of 2              Date Rcvd: Sep 24, 2007
Case: 04-46540                Form ID: pdf013             Total Served: 75

8205060       Tim Truman,   6851 N.E. Loop 820, Suite 300,   North Richland Hills, TX  76180-6608
8205061       United States Attorney,   3rd Flr, 1100 Commerce St.,   Dallas, TX 75242
8205062      +United States Trustee,   RM 9C60 1100 Commerce St.,   Dallas, TX 75242-9998
8205063       Victorias Secret,   PO BOX 659728,   San Antonio, TX  78265-9728
8205064      +Wells Fargo Financial,   PO Box 98798,   Las Vegas, NV 89193-8798
8234621      +Wells Fargo Financial Texas, Inc,   4137 121st st,   Urbandale, IA 50323-2310
The following entities were served by electronic transmission on Sep 25, 2007.
8336592        E-mail/Text: resurgentbknotifications@resurgent.com
                Sherman Acquisition LP., its successors and assign,   P.O. Box 10587,
                Greenville, SC 29603-0587
8205059       +E-mail/Text: redpacer@twc.state.tx.us                         Texas Workforce Commission,
                TEC Bldg - Bankruptcy,   101 E. 15th Street,   Austin, TX 78778-0001
                                                                                            TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            eCAST Settlement Corporaton
8205028*     +Fncl Corp Of America -original Creditor:,   Po Box 16468,   Austin, TX 78761-6468
8205032*      Harris Methodist HEB,   PO BOX 916060,   Fort Worth, TX  76191-6060
8205033*      Harris Methodist HEB,   PO BOX 916060,   Fort Worth, TX  76191-6060
8205034*      Harris Methodist HEB,   PO BOX 916060,   Fort Worth, TX  76191-6060
8205044*      MBI,   P.O. Box 35946,   Dallas, TX  75235-0946
                                                                                   TOTALS: 1, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2007**          **Signature:** _Joseph Speetjens_