**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | CASE NUMBER: 04-46540-RFN |
| **JAMES THOMAS CROOKS** | CHAPTER 13 |
| **MARIE MICHELE CROOKS** | |
| **210 WOODDALE ST** | |
| **EULESS, TX 76039** | JUDGE RUSSELL F NELMS |
| a/k/a | DATE: 12/06/2007 |
| **DEBTORS** | |

**TRUSTEE'S FINAL REPORT AND ACCOUNT**
**AND NOTICE OF TIME TO OBJECT**

Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | | **Total Paid (P&I)** |
|---|---|---|---|
| Debtor Discharged: | 09/24/2007 | Secured: | $8,568.92 |
| Case Filed: | 07/05/2004 | Priority: | $0.00 |
| Plan Confirmed: | 03/31/2006 | *Unsecured: | $2,309.82 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

JAMES THOMAS CROOKS & MARIE MICHELE CROOKS, 04-46540-RFN

The case was (J) COMPLETED on 09/17/2007.

**TOTAL RECEIPTS by Trustee:** $13,320.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---:|
| Debtor Attorney Fee Paid By Trustee to ROBERT A HIGGINS AND ASSOCIATES: | $1,644.00 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $299.99 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $497.27 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $2,441.26 |

**REFUNDS PAID TO DEBTORS:** $0.00

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name / Account Number | Comment | Claim Amount or Treatment | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|
| **Secured** | | | | |
| JAMES B NUTTER & CO / 579751 | 1ST LIEN HOME | $1,917.60 | $1917.60 | $269.61 |
| JAMES B NUTTER & CO / 579751 | HOMESTEAD | Direct | $0.00 | $0.00 |
| TARRANT COUNTY TAX COLLECTO / TAC5561728 | HOMESTEAD/04 | Direct | $0.00 | $0.00 |
| TEXAS EMPLOYEES CREDIT UNIO / 300 | 99 OLDSMOBILE ALERO | $6,300.00 | $6300.00 | $81.71 |
| WELLS FARGO FINANCIAL TEXAS / 6704/161472417 | 95 CHEVROLET PICKUP | Direct | $0.00 | $0.00 |
| **Priority** | | | | |
| *** NONE *** | | | | |
| **Unsecured** | | | | |
| ANDERSON FINANCIAL NETWORK / 5561 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| ASSET ACCEPTANCE LLC / 16893822 | | $83.97 | $8.95 | $0.00 |
| CAPITAL ONE / 43TDM41789105975 | | $1,006.86 | $107.36 | $0.00 |
| CBA COLLECTION BUREAU / 7892 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CITIBANK / 3765 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |

Final Report and Account/04-46540-RFN

JAMES THOMAS CROOKS & MARIE MICHELE CROOKS, 04-46540-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| CITICARDS<br>1493 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CITIFINANCIAL<br>09070179392 | | $2,836.75 | $302.47 | $0.00 |
| COLLECTION BUREAU OF AMERIC<br>9902 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| COLLECTION CO OF AMERICA<br>5485 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| COMCAST<br>9902 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| COMPUTER CREDIT INC<br>3003 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| COMPUTER CREDIT INC<br>3007 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CREDIT FIRST / FIRESTONE<br>1974 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| CREDIT FIRST NATIONAL<br>518681974 | | $667.98 | $71.23 | $0.00 |
| DILLARD NATIONAL BANK<br>7575000828396523 | | $403.19 | $42.99 | $0.00 |
| ECAST SETTLEMENT CORP<br>7183 | CHASE MANHATTAN | $502.78 | $53.61 | $0.00 |
| ECAST SETTLEMENT CORP<br>2238 | HOUSEHOLD/BEST BUY | $1,911.74 | $203.85 | $0.00 |
| ER SOLUTIONS<br>9043 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| FINANCIAL CORPORATION<br>2155 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| FINANCIAL CORPORATION<br>4295 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| FOLEYS<br>722100913 | FLD SEC/ALLOWD UNSEC | $375.47 | $40.04 | $0.00 |
| HARRIS METHODIST FT WORTH<br>8007 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| HARRIS METHODIST HEB<br>3005 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| HARRIS METHODIST HEB<br>T001 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| HARRIS METHODIST HEB<br>T002 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| HARRIS METHODIST HEB<br>3003 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |

JAMES THOMAS CROOKS & MARIE MICHELE CROOKS, 04-46540-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---:|---:|---:|
| **Unsecured** | | | | |
| HOME DEPOT CREDITOR SERVICE<br>8975 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| KOHLS<br>0331617340 | | $496.03 | $52.89 | $0.00 |
| MBI<br>4295 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| MBI<br>1979 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| MERCHANTS & PROF C B<br>2788 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| NCO FINANCIAL<br>8807 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEM<br>8807 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PINNACLE ANESTHESIA CONSULT<br>1979 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| PROVIDIAN PROCESSING SVCS<br>0117 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| RETAILERS NATIONAL BANK<br>0810 | MERVYNS | $589.53 | $62.86 | $0.00 |
| RETAILERS NATIONAL BANK<br>8810 | MERVYNS | $321.42 | $34.27 | $0.00 |
| RETAILERS NATIONAL BANK<br>3390 | TARGET | $603.19 | $64.32 | $0.00 |
| SHERMAN ACQUISITIONS<br>1493 | CITIBANK | $8,953.84 | $954.73 | $0.00 |
| SOUTHWESTERN BELL<br>7525 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| TEXAS EMPLOYEES CREDIT UNIO<br>300 | Split Claim | $1,795.60 | $191.46 | $0.00 |
| T-MOBILE<br>238767189 | | $58.71 | $6.26 | $0.00 |
| T-MOBILE<br>322220304 | | $773.30 | $82.46 | $0.00 |
| T-MOBILE<br>360947959 | | $282.00 | $30.07 | $0.00 |
| VICTORIAS SECRET<br>8243 | ORDER DISALLOWED | Pymt Stop | $0.00 | $0.00 |
| **Notice Only** | | | | |
| AMSHER COLLECTION SERVICES<br>7189 | T MOBILE | Not Filed | $0.00 | $0.00 |

Final Report and Account/04-46540-RFN

JAMES THOMAS CROOKS & MARIE MICHELE CROOKS, 04-46540-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Notice Only** | | | | |
| ATTORNEY GENERAL OF TEXAS | | Not Filed | $0.00 | $0.00 |
| COMPUTER CREDIT<br>T002 | HARRIS METH | Not Filed | $0.00 | $0.00 |
| COMPUTER CREDIT INC<br>3005 | HARRIS HEB | Not Filed | $0.00 | $0.00 |
| DR REPORTING SERVICE<br>T001 | | Not Filed | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | CHASE | Not Filed | $0.00 | $0.00 |
| FINANCIAL CORP OF AMERICA<br>4295 | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | | Not Filed | $0.00 | $0.00 |
| KOHLS DEPT STORE | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | | Not Filed | $0.00 | $0.00 |
| LINEBARGER HEARD GOGGAN ET | TARRANT COUNTY | Not Filed | $0.00 | $0.00 |
| NATIONAL FINANCIAL SYSTEMS<br>1493 | | Not Filed | $0.00 | $0.00 |
| OFFICE OF THE ATTORNEY GENE | | Not Filed | $0.00 | $0.00 |
| STEEN AND STEEN/MCLEAN AND | | Not Filed | $0.00 | $0.00 |
| TEXAS ALCOHOLIC BEVERAGE CO | | Not Filed | $0.00 | $0.00 |
| TEXAS COMPTROLLER PUBLIC AC | | Not Filed | $0.00 | $0.00 |
| TEXAS WORKFORCE COMMISSION | | Not Filed | $0.00 | $0.00 |
| UNITED STATES ATTORNEY | | Not Filed | $0.00 | $0.00 |
| WEINSTEIN TREIGER | RETAILERS | Not Filed | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL | | Not Filed | $0.00 | $0.00 |

Final Report and Account/04-46540-RFN

JAMES THOMAS CROOKS & MARIE MICHELE CROOKS, 04-46540-RFN

    Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

    Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

    /s/ Tim Truman

    Standing Chapter 13 Trustee