U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 11, 2008**                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 04-46540-RFN |
| JAMES THOMAS CROOKS<br>MARIE MICHELE CROOKS<br>210 WOODDALE ST<br>EULESS, TX 76039 | Judge Russell F Nelms |
| Debtors | Chapter 13 |

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE

    An Order for Relief having been entered in the case of the individuals above named, a Plan having been confirmed by the Court, all payments under the Plan having been completed by the Debtors, and the Court not having approved any written waiver of discharge executed by Debtor(s) subsequent to the Order for Relief, it is therefore ordered that

    Tim Truman, Standing Chapter 13 Trustee in the above styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting; that said Final Report shows that the Estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that he should be Discharged and further liability on his Trustee's Bond with respect to this case be terminated; and that this case should be CLOSED; and,

    IT IS FURTHER ORDERED, that the Standing Chapter 13 Trustee in this case is DISCHARGED; that the Trustee and the Surety or Sureties on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled as to this case, and that the Chapter 13 case of the above-named Debtors is CLOSED.

### # # # End of Order # # #